DOCUMENT 2

ELECTRONICALLY FILED
1/6/2020 9:34 PM
69-CV-2020-900001.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
PAIGE SMITH, CLERK

## IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
## EUFAULA DIVISION

| | |
|---|---|
| **BARR DISTRIBUTING COMPANY, INC.,** ) | |
| **KARL GIVENS, SCOTT SMITH, JERE C.** ) | |
| **TRENT, LOUIS T. ROGERS, JOE C. OWENS,** ) | |
| **KEVIN SIMS, BRADFORD KITTLE, AARON** ) | |
| **D. RENO, RONALD B. SERGENT and LARRY** ) | |
| **A. LOWE,** ) | |
| ) | |
| **Plaintiffs,** ) | **Case No. _____** |
| ) | |
| **v.** ) | |
| ) | |
| **FORD MOTOR COMPANY,** ) | |
| **and A, B, C, D, E, and F,** ) | |
| said fictitious parties those persons, or entities ) | |
| who are the legal successors in interest ) | |
| to the named Defendant and H, I, J, K, and L, ) | |
| said fictitious parties being those persons or ) | |
| entities who made or participated in the making ) | |
| any of the false statements or misrepresentations ) | |
| to the Plaintiff as alleged herein and M, N, O, P, ) | |
| Q, R, and S said fictitious parties being those ) | |
| persons or entities who committed or who ) | |
| with others to commit the wrongful ) | |
| acts complained of in this Complaint; the true ) | |
| names and identities of all such fictitious parties ) | |
| being unknown to the Plaintiff at this time, but ) | |
| which will be substituted by amendment when ) | |
| ascertained. ) | |
| ) | |
| **Defendants.** ) | |

## COMPLAINT

## STATEMENT OF THE PARTIES

1.     Plaintiff, Barr Distributing Company, Inc. ("Barr"), is a domestic corporation, whose principal place of business is in Barbour County, Alabama.

2.     Plaintiff, Karl Givens ("Givens"), is over the age of 19 and is an individual resident of Henry County, Alabama.

3.      Plaintiff, Scott Smith, is over the age of 19 and is an individual resident of Barbour County, Alabama.

4.      Plaintiff, Jere C. Trent, is over the age of 19 and is an individual resident of Limestone County, Alabama.

5.      Plaintiff, Louis T. Rogers, is over the age of 19 and is an individual resident of Elmore County, Alabama.

6.      Plaintiff, Joe C. Owens, is over the age of 19 and is an individual resident of Lawrence County, Alabama.

7.      Plaintiff, Kevin Sims, is over the age of 19 and is an individual resident of Jefferson County, Alabama.

8.      Plaintiff, Bradford Kittle, is an individual resident and citizen of Marshall County, Alabama.

9.      Plaintiff, Aaron D. Reno, is an individual resident and citizen of Cullman County, Alabama.

10.     Plaintiff, Larry A. Lowe, is an individual resident and citizen of Shelby County, Alabama.

11.     Plaintiff, Ronald B. Sergent, is an individual resident and citizen of Madison County, Alabama.

12.     Defendant, Ford Motor Company (hereinafter "Ford"), on information and belief is a foreign corporation, qualified to do business in all 50 states and the District of Columbia, inclusive of, but not limited to, the State of Alabama, whose agent and address for service of

2

process is CT Corporation System, 2 North Jackson Street Suite 605, Montgomery, Alabama 36104.

13. Fictitious Defendants A, B, C, D, E, F, and G are those persons or entities who are the legal successors in interest to the named Defendants, whose actual names and identities are unknown to Plaintiffs at this time, but which will be substituted by Amendment when ascertained.

14. Fictitious Defendants H, I, J, K, and L, are those persons or entities who made, or participated in making, any of the false statements or misrepresentations to Plaintiffs, whose actual names and identities are unknown to Plaintiffs at this time, but which will be substituted by Amendment when ascertained.

15. Fictitious Defendants M, N, O, P, Q, R, and S are those persons or entities who committed or combined with others to commit the wrongful acts complained of in this Complaint, whose real names and identities are unknown to Plaintiffs at this time, but which will be substituted by Amendment when ascertained.

## CLASS ACTION AND CONCEALMENT TOLLING

16. The statute of limitations is tolled as to Plaintiffs' emissions claims due to the commencement of a nationwide Class Action based on the same or similar allegations, *Len Gamboa, et al. v. Ford Motor Company, et. al.* Case 18-cv-10106 filed 01/10/2018, filed in the Eastern District of Michigan. See *American Pipe & Construction Co v. State of Utah*, 414 U.S. 538.

17. The statute of limitations is also tolled as to Plaintiffs' defective fuel pump claims, due to the commencement of another nationwide Class Action, based on same or similar allegations, *Nunez et al. v. Ford Motor Company* Case No. 1:18-cv-25211-UU, presently pending in the Southern District of Florida.

3

18.     The statute of limitations is also tolled, by Ford's fraudulent concealment of the defects complained of herein.

## FACTUAL ALLEGATIONS

19.     This case arises out of Ford's false promises made when selling its 2011-2017 Ford F-250, F-350 and F-450 "Super Duty" trucks (hereinafter "Vehicle" or "the Vehicles") with 6.7-liter Power Stroke diesel engines (hereinafter referred to as "diesel engine"). Ford asserted and continues to claim falsely that the "diesel engine used proven technology and innovative Ford strategies to meet the latest federal emissions standards" and that it reduced nitrogen oxide by over 80% as compared to older models. Furthermore, Ford also claims that these vehicles were "best-in-class" concerning fuel economy and that they have the "most tested Power Stroke diesel engine ever."

20.     With the 2011 model year, Ford introduced a new 6.7-liter "Power Stroke" diesel engine used in the model F-250, F-350 and F-450 Pick Up Trucks. Ford claimed that the new engine enabled "a remarkable reduction" in emissions and fuel consumption.

21.     Before the 2011 model year, Ford used Navistar diesel engines. The new diesel engine, manufactured by Ford, uses a "CP4" fuel injection system and fuel pump manufactured by Bosch, a European company.

22.     Ford marketed these Vehicles as environmentally friendly trucks that combined high fuel efficiency and performance with very low emissions. Ford touted the Vehicles as the "cleanest Super Duty diesel ever" with "best-in-class fuel economy" and using a unique combustion system to meet state and federal emissions requirements.

23.     Making matters worse, Ford equipped the Vehicles with defective "CP4" fuel injection pumps.

4

24. Ford has denied and actively concealed at least the following facts:

    a. Vehicles are not compliant with applicable emissions standards;

    b. In real-world use, the Vehicles emit Nitrogen Oxide (NOx) and other pollutants over lawful amounts; and

    c. The CP4 fuel pumps and fuel injection systems are defective and prone to premature failure.

25. These Vehicles were heavily marketed on the internet and otherwise and in a 2010 press release Ford stated:

**Multifaceted marketing campaign begins on the Internet**

Truck customers increasingly rely on social media for technical information and networking, according to Ford research. In fact, more than 15,000 Super Duty conversations take place a month on forums such as powerstroke.org, dieselstop.com and www.ford-trucks.com. Furthermore, the top 10 Ford Super Duty enthusiast sites rival the membership of the top 10 sites dedicated to Ford Mustang, America's most popular muscle car. With these numbers in mind, Ford last September gave truck customers in-depth technical information about the new Super Duty at www.fordvehicles.com/2011superduty, a full seven months before the truck launched. [1]

26. The campaign was successful and in June of 2010 Ford issued another press release stating in part:

In May, for the second month in a row, sales of the all-new Super Duty more than doubled Ford's heavy-duty truck sales objective; Ford owns about 60 percent of the fleet and commercial sales market, and fleet sales were up 32 percent in May[.][2]

27. On February 25, 2010, Ford published a press release with the headline, "2011 Ford F-Series Super Duty Leads Heavy-Duty Trucks in Capability, Now Fuel Economy, Too[.]"

The press release went on to represent the following:

The strict testing work also ensured the new engine is B20 compatible, which allows customers another fueling option that uses blends of up to 20 percent

---

[1] The full press release is attached as Exhibit 1 and incorporated by reference.

[2] Exhibit 2 is attached as and incorporated by reference.

biodiesel and 80 percent petroleum diesel. Because biodiesel fuel varies in quality in the U.S. and Canada, durability testing cycles were run on multiple blends of the fuel to ensure the robustness of the system. This is especially important to the agricultural industry, where biodiesel is often the preferred fuel.[3]

28.     Ford also stated, in the same press release, that the Vehicles were the "cleanest Super Duty diesel ever" with "best-in-class fuel economy" and using a unique combustion system to meet state and federal emissions requirements.

29.     Finally, Ford represented that the Vehicles were compatible with American diesel fuel and in a March 9, 2010 press release stated: "The 2011 Ford F-Series Super Duty Power Stroke Diesel is Cleanest Ever; Fuel Economy Greatly Improved[.]", and "The new diesel engine is B20 biodiesel compatible, and the new gas engine is E85 compatible, providing customers a wide range of fueling options[.]"[4]

30.     As shown above, these Vehicles were marketed from 2010 to the present as environmentally friendly trucks that combined high fuel efficiency and performance with very low emissions.

31.     However, Ford lied to both consumers and regulators because, in real-world use, the diesel engines emitted Nitrogen Oxide (NOx) and other pollutants over legal amounts.

32.     Moreover, the trucks were sold with fuel pumps and injection systems that Ford knew were incompatible with American diesel fuels.

33.     The "Diesel supplement" to the owner's manual for Plaintiffs' vehicle cautions owners that:

> You should use Ultra-Low Sulfur Diesel fuel (also known as ULSD) designated as number 1-D or 2-D with a maximum of 15-ppm sulfur in your diesel vehicle. You may operate your vehicle on diesel fuels containing up to 20% biodiesel, also known as B20. These fuels should meet the ASTM D975 diesel or the ASTM

---

[3] Exhibit 3 is attached as and incorporated by reference.
[4] Exhibit 4 is attached as and incorporated by reference.

D7467 B6-B20 biodiesel industry specifications. Outside of North America, use fuels meeting EN590 or equivalent local market standard.

34. This is because applicable U.S. regulations and rules require the use of Ultra Low Sulfur Diesel ("ULSD"). ULSD is a diesel fuel that contains no more than 15 parts per million of sulfur.

35. The refining process used in the U.S. results in an exceptionally "dry" form of diesel fuel, which does not supply sufficient lubrication for the fuel pumps. This lubrication problem was known to Ford at all applicable times.

36. In its sales brochures, Ford represented to Plaintiffs and others that the Power Stroke engines were compatible with regular diesel fuel and "Ultra-low-sulfur diesel or B20 (containing 20% or less biodiesel) [.]"[5].

37. On information and belief, the "CP4" fuel injection system and fuel pump are defective, and at all relevant times, Ford knew they were inadequate because they were made to European standards. European diesel fuel is formulated differently and is a much better lubricant.

38. The lack of proper lubrication causes, among other things, the fuel pumps to wear out prematurely, often causing fuel system and engine damage.

39. Plaintiffs saw Ford's television commercials, internet and other advertisements, including sales brochures, touting the quality, superiority and utility of the Ford Super Duty trucks.

40. According to Ford, the Super Duty Trucks were "built Ford tough" and had superior horsepower, reliability, and durability compared to other trucks in the American market.

41. Also, Ford stated in its sales brochure, "This B20-capable engine is the most tested Power Stroke diesel ever, having proven itself in over 10 million miles of cumulative testing and real-world use under extreme conditions."

---

[5] See Exhibit 5 at page 4.

7

42.     These representations contradict what Ford delivered when selling these Vehicles to Plaintiffs.

43.     Relying on Ford's advertising and other representations, Plaintiffs made the following purchases:

a)     On or about October 31, 2016, Plaintiff Barr Distributing Company, Inc. ('Barr") purchased a 2017 Ford F-250 Super Duty, VIN 1FT7W2BT0HEB60944. The purchase price was approximately $52,906.50.

b)     On or about January 2, 2018, Plaintiff Karl Givens purchased a 2015 Ford F-250 Super Duty, VIN IFT7W2BT1FED62429. The purchase price was approximately $53,000.00.

c)     Plaintiff Scott Smith purchased the following Vehicles:

    i.     2011 Ford F-450 VIN 1FD0W4HT6BEA45451 on October 12, 2011;

    ii.    2012 Ford F-250 VIN 1FT7W2BTXCEA36754 on November 3, 2011 for $57,504.26;

    iii.   2017 Ford F-250 VIN 1FT7W2BT1HED48467 on May 3, 2017 for $65,280.39.

d)     On or about April 7, 2016, Plaintiff Jere C. Trent purchased a 2013 Ford F-250, VIN 1FT7X2BT1DEA54638. The purchase price was approximately $39,703.37.

e)     On or about March 5, 2015, Plaintiff Louis T. Rogers purchased a 2015 Ford F-350 Super Duty VIN: IFT8W3DT6FEB66669. The purchase price was approximately $62,664.28.

f)     On or about January 6, 2012, Plaintiff Joe C. Owens purchased a 2012 Ford F-350 Super Duty, VIN 1FT8W3DTXCEA95035. The purchase price was approximately $57,099.71.

g)     On or about July 18, 2013, Kevin M. Sims purchased a 2013 Ford F-250 Super Duty VIN: IFT7W2BT2DEA58829. The purchase price was approximately $59,710.00.

h)     On about July 3, 2010, Plaintiff Bradford Kittle purchased a 2011 Ford F-250 VIN 1FT7W2BT0BEA54467. The purchase price was approximately $55,000.00.

i)     On or about September 27, 2011, Plaintiff Aaron D. Reno purchased a 2011 F-350 VIN 1FT8W3BT5BED01055. The purchase price was approximately $57,662.61.

j)   On or about March 2, 2011, Plaintiff Larry A. Lowe purchased a 2011 Ford F-250 Super Duty, VIN 1FT7X2BT9BEC18487. The purchase price was approximately $52,654.00.

k)   On or about March 28, 2011, Plaintiff Ronald B. Sergent purchased a 2011 Ford F-350 Super Duty, VIN 1FT8W3CT1BEC23596. The purchase price was approximately $55,020.00.

44.   The Vehicles were equipped with 6.7-liter "Power Stroke" diesel engines.

45.   As part of its fraud and scheme, Ford charged a premium price for Vehicles with the "Power Stroke" diesel engine.

46.   The Ford's representations were material because Plaintiffs could have purchased gasoline-powered trucks for much less, but relying on representations made by Ford, they paid a premium price for a vehicle with the diesel engine.

47.   The representations by Ford that the engine was environmentally friendly and a "clean diesel" were false, and at all relevant times, Ford knew they were false.

48.   The reduction of emissions from the "Power Stroke" engines only occurred when the vehicle operated in the conditions present in an emissions testing environment. With day-to-day use outside of a testing environment, the Vehicles polluted heavily.

49.   Also, Ford understood that American diesel fuel did not correctly lubricate the CP4 fuel pumps but continued to use them in the Vehicles regardless.

50.   The average cost for a Ford Super Duty diesel injection pump costs, on information and belief, between $1,577 and $2,465. When the pump fails, however, it usually causes severe engine damage costing much more.

51.   In contrast to Ford's promise, scientifically valid emissions testing has revealed that Super Duty Vehicles emit higher levels of nitrogen oxide than their gasoline counterparts and the Vehicles promised power, fuel economy, efficiency and towing capacity is obtained only by

9

turning off or turning down emission controls when the software in these Vehicles senses that they are not in an emissions testing environment.

52.     In recent years there have been other scandals involving diesel Vehicles made by different automotive manufacturers, using Bosch equipment. The diesel Vehicles made by those manufacturers also evade emissions standards with the help of specific software "defeat devices" to manipulate the results of the emissions tests, which is our contention in action herewith.

53.     Ford's top-selling Super Duty Vehicles often emit far more pollution on the road than in the emissions-certification testing environment. These Vehicles violate federal and state emission standards and protocols and contain "defeat devices" to decrease the emission controls when the Vehicle senses it is not in the certification test cycle.

54.     Ford's increased sales and profits motivated them to use a defeat device in its Super Duty diesel engines. By so manipulating their Vehicles, Ford could obtain and market higher power fuel efficiency, while still passing the cold-start emissions certification test.

55.     It is well known that diesel engines pose a challenge to the environment because they have an inherent trade-off between power, fuel efficiency and emissions. Compared to gasoline engines, diesel engines generally produce higher torque, low-end power, better drivability and higher fuel efficiency. These benefits, however, come at the cost of dirtier and more harmful emissions.

56.     One byproduct of diesel combustion is NOx, which is usually two primary compounds comprised of nitrogen and oxygen atoms, nitric oxide and nitrogen dioxide. These particular compounds are formed in the cylinder of the engine during the high-temperature combustion process. Exposure to these pollutants has been linked with severe health dangers, inclusive of but not limited to respiratory illness and premature death due to respiratory-related or

10

cardiovascular-related effects. The government, through the EPA, has passed and enforced laws to protect American citizens from these pollutants and chemicals.

57. There is an excellent reason that these laws and regulations exist, particularly regarding vehicles with diesel engines. In 2012, the World Health Organization declared diesel vehicle emissions to be carcinogenic and about as dangerous as asbestos.

58. Diesel engines pose a particularly difficult challenge to the environment because they have an inherent trade-off between power, fuel efficiency and NOx emissions—the higher the power and fuel efficiency, the dirtier and more harmful the emissions.

59. Instead of using a spark plug to combust highly refined fuel with short hydrocarbon chains, as gasoline engines do, diesel engines compress a mist of liquid fuel and air to very high temperatures and pressures, which causes the diesel to combust spontaneously. This creates a more powerful compression of the pistons, which produces higher engine torque—i.e., more power.

60. The diesel engine does this by operating at a higher compression ratio than a gasoline engine and because diesel fuel contains more energy than gasoline. This higher energy and fuel efficiency come at a cost: diesel produces with dirtier and more dangerous emissions. One byproduct of diesel combustion is a combination of nitric oxide and nitrogen dioxide, collectively called NOx, compounds that form at high temperature in the cylinder during combustion.

61. Ford's representations about the Vehicles' emissions are deceptive and false. Ford sold these Vehicles while omitting information that would be material to a reasonable consumer, namely that Ford has programmed its Super Duty Vehicles to significantly reduce the effectiveness of the NOx reduction system during common driving conditions.

62. On the road testing has confirmed that Ford's Super Duty Vehicles produce NOx emissions in an amount demonstrating that they are not the "cleanest Super Duty diesel" Vehicles

11

that meet emission standards. Instead, Ford has programmed the Vehicles so that in a wide range of common driving conditions, the emissions systems are powered down, producing NOx far above emissions standards. A reasonable consumer would not expect their Super Duty Vehicle to emit unmitigated NOx in this fashion while driving in the city or on the highway, nor would a reasonable consumer expect that fuel economy was achieved in part by turning off or derating the emission systems, nor would a reasonable consumer expect that if the emissions were as-promised, the advertised fuel economy and performance could not be achieved.

63.     Also, Ford markets the Vehicles as "fuel-efficient" and "best-in-class" in fuel economy. Without manipulating its software to turn off or turn down the emission controls in common road conditions, Ford could not achieve the fuel economy and range it promises.

64.     Ford did not disclose to Plaintiffs that in real-world driving conditions the Vehicles can only achieve high fuel economy, power and durability by reducing emission controls to emit NOx into the air.

65.     Ford failed to disclose to consumers and Plaintiffs that the Vehicles may be "clean" in certain circumstances but are "dirty" under common driving conditions. Ford never revealed to consumers that it programs its emissions systems to work only under certain conditions. Ford never disclosed that it prioritizes engine power and profits over public health and the environment. Ford never disclosed that the Polluting Vehicles' emissions materially exceed the emissions from gasoline-powered vehicles, that the emissions exceed what a reasonable consumer would expect from a "low emissions" vehicle and that the emissions materially exceed applicable emissions limits in real-world driving conditions.

12

66.    Plaintiffs' purchases of these Vehicles were accompanied by express warranties offered by Ford and extending to Plaintiffs. These warranties were part of the basis of the bargain of Plaintiffs' contract for the purchase of the Vehicles.

67.    When delivered, the Vehicles were affected by the unlawful, unfair, deceptive and otherwise defective emission controls utilized by Ford for the model years of 2011-2017. These were defects in materials and workmanship and such defects occurred within the warranty periods.

68.    The defects, manipulation, tampering and effects experienced by Plaintiffs with the Vehicles substantially impaired their use, value, fuel efficiency, cleanliness and safety.

69.    Prior to filing this action Plaintiffs gave Ford notice of the Vehicles' defects as required under *7-2-607 and 7-2-608 Code of Alabama, 1975* as amended, revoking their acceptance of the Vehicles because of the nonconformities listed herein, which substantially impair the Vehicles' value.

## JURISDICTION AND VENUE

70.    Jurisdiction is proper in Barbour County, Alabama. The underlying action is based in part upon events and wrongful conduct that took place in Barbour County, Alabama.

71.    The venue is proper in Barbour County, Alabama because several parties herein are residents of Barbour County, Alabama.

## COUNT I
## VIOLATION OF THE ALABAMA DECEPTIVE TRADE PRACTICES ACT
### (ALA. CODE § 8-19-1 ET SEQ.)

72.    Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set forth.

73.    The Alabama Deceptive Trade Practices Act (Alabama DTPA) declares several specific actions to be unlawful, including: "engaging in any other unconscionable, false,

13

misleading, or deceptive act or practice in the conduct of trade or commerce." ALA. CODE § 8-19-5.

74.    Individual Plaintiffs are "consumers" within the meaning of ALA. CODE. § 8-19-3(2).

75.    Individual Plaintiffs and Ford are "persons" within the meaning of ALA. CODE § 8-19-3(3).

76.    Ford was, and is, engaged in "trade or commerce" within the meaning of ALA. CODE § 8-19-3(8).

77.    Plaintiffs made a written demand on Ford at least 15 days before the filing of this action, identifying the claimant and reasonably describing the unfair or deceptive act or practice relied upon and the injury suffered as required by Ala. Code § 8-19-10.

## COUNT II
## BREACH OF CONTRACT

78.    Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set forth.

79.    Defendants' misrepresentations and omissions alleged herein, including Ford's failure to disclose the existence of the Ford Clean Diesel engine systems' defect and/or defective design of the emission controls, caused Plaintiffs to make their purchases of their Polluting Vehicles. Absent those misrepresentations and omissions, Plaintiffs would not have purchased these Polluting Vehicles, would not have bought these Polluting Vehicles at the prices they paid, and/or would have purchased less expensive alternative vehicles that did not contain the defective Ford Clean Diesel engine system and which were not marketed as including such a system. Accordingly, Plaintiffs overpaid for their Polluting Vehicles and did not receive the benefit of their bargain.

14

80.     Every sale or lease of a Polluting Vehicle constitutes a contract between Ford and the purchaser or lessee. Ford breached these contracts by selling to Plaintiffs' defective Vehicles and by misrepresenting or failing to disclose that the NOx reduction system in the Vehicles turns off or is limited during normal driving conditions.

## COUNT III
## BREACH OF EXPRESS WARRANTY

81.     Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set forth.

82.     Ford represented and warranted to Plaintiffs that the Vehicles had a legal 6.7-liter Power Stroke diesel engine free from tampering or other manipulation. Fords making and distribution of false, deceptive and misleading representations, and the concealment and non-disclosure of a dangerous defect, constitute deceptive sales practices

83.     After purchasing said Vehicles, Plaintiffs discovered that the vehicles they bought were not what Ford promised.

## COUNT IV
## BREACH OF IMPLIED WARRANTY

84.     Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set forth.

85.     At the time of Plaintiffs' purchase, Ford expressly warranted and warranted by implication that said Vehicles were free from defects, manipulation and tampering, and were fit for their ordinary and particular uses.

86.     Plaintiffs have notified Ford of the defects, tampering and manipulation complained of herein.

87.     Ford has not cured or offered to remedy the defects.

15

## COUNT V
## BUYER'S CLAIM FOR DAMAGES
## FOR ACCEPTED NON-CONFORMING GOODS

88.     Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set forth.

89.     Plaintiffs accepted the Vehicles based un the warranties and representations of Ford.

90.     Ford breached the agreements as set out above and failed to provide a Vehicle, which was free from defects, manipulation or tampering, or fit for its ordinary and particular uses in violation of Alabama Code § 7-2-714.

## COUNT VI
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

91.     Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set forth.

92.     Ford violated Alabama Code § 7-2-314 because the Vehicles are not fit for the ordinary purposes for which they were to be used, did not conform to the promises or affirmations of the fact made by Ford, were not merchantable and were not of average suitability in the market place. The Vehicles were not reasonably fit for the general and ordinary use for which they Vehicles were purchased.

## COUNT VII
## BREACH OF IMPLIED WARRANTY OF
## FITNESS FOR A PARTICULAR PURPOSE

93.     Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set forth.

94.     Ford breached the implied warranties provided under Alabama Code § 7-2-315.

16

95.     Ford, through its agents, knew at the time of each sale the particular purpose for which the Vehicles were to be used and intended that Plaintiffs rely on its Agents' skill or judgment to select or furnish suitable Vehicles. Plaintiffs relied on Ford's representations that the Vehicles would meet their particular purposes.

96.     The Vehicles were not fit for the particular purposes for which they were bought, namely, to provide day to day transportation while delivering fuel efficiency without tampering or manipulation of the vehicles' engines and emission controls rendering them illegal.

## COUNT VIII
## VIOLATION OF MAGNUSON-MOSS WARRANTY ACT
### (U.S.C. 2301, et seq.)

97.     Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set out.

98.     The plaintiffs' transactions are subject to the provisions and regulations of the Magnuson-Moss Warranty Act (15 U.S.C. 2301, et seq) (after this referred to as the "Warranty Act").

99.     Plaintiffs are "consumers" as defined at 15 U.S.C. 2301(3).

100.    Ford is a "seller" and "warrantor," as defined by the Warranty Act, 15 U.S.C. 2301(4), (5).

101.    The Vehicles in question are "consumer products" as defined in the Warranty Act, 15 U.S.C. 2301(1).

102.    The Vehicles in question were manufactured and sold by Ford after July 4, 1975.

103.    The express warranties given by Ford are "written warranties," as defined in the Warranty Act, 15 U.S.C. 2301(6).

104.     The above-described actions including, but not limited to, the failure of Ford to honor its warranties.

## COUNT IX
## AEMLD AGAINST DEFENDANTS FORD AND
## ONE OR MORE FICTITIOUS DEFENDANTS

105.     Plaintiffs reallege and adopt all of the previous paragraphs of this Complaint as if fully set forth.

106.     At all material times, Defendant, Ford, and one or more of the Fictitious Defendants were engaged in the business of designing, manufacturing, distributing and selling vehicles for use by the general public.

107.     The Vehicles above were designed, manufactured, distributed and sold by Defendant, Ford, and one or more Fictitious Defendants.

108.     At all material times, the Ford vehicles were defective, manipulated and tampered with, which made the trucks unreasonably dangerous as those terms are defined by Alabama law, and specifically the Alabama Extended Manufacturers Liability Doctrine, in that it had a manipulated engine which was tampered with to elude to Plaintiffs herein and customers alike that the Vehicles in question were in fact "Super Duty" vehicles with a 6.7-liter Power Stroke diesel engine which promoted fuel economy and that it reduced nitrogen oxide output.

109.     The Vehicles were manipulated and tampered within its design, manufacture and warnings that accompanied it.

110.     The Vehicles that Plaintiffs were driving were without substantial change and in the condition in which Defendant manufactured it.

111.     At all material times, the Vehicles were being used in a manner intended by and foreseeable to Defendants.

18

112.    As a proximate result of the defective, manipulated and tampered condition of the Vehicles and parts, Plaintiffs were caused to suffer and continue to suffer injuries and damages, mental anguish and emotional distress.

## COUNT X
## FRAUD

113.    Plaintiffs reallege and adopt all of the preceding relevant paragraphs contained in this Complaint.

114.    This Count is brought according to the Code of Alabama, 1975, § 6-5-100, 6-5-101 and other applicable law.

115.    The Vehicles were defective, as described above.

116.    Ford was aware of the defects and failed or refused to correct said defects before they were offered for sale to the public

117.    The representations regarding the quality of the Vehicle and the Power Stroke Engine specifically were false, and Ford knew they were false. Ford intentionally suppressed the fact that the Vehicle had numerous defects, as stated above.

118.    Plaintiffs believed said representations, reasonably relied on them and innocently acted upon them to their detriment by purchasing said Vehicles.

119.    As a proximate result of the representations made by Ford, Plaintiffs were caused to suffer the resulting injuries and damages:

a.    Loss of money;

b.    Mental anguish and embarrassment.

120.    The plaintiffs claim punitive damages of the defendant because of the intentional or gross and reckless nature of the fraud.

**WHEREFORE,** Plaintiffs demand judgment against Ford as follows:

19

a.      Compensatory damages equal to the loss suffered by Plaintiffs;

b.      Damages to which they may be entitled under the provisions of the Uniform Commercial Code of Alabama and the Magnuson-Moss Warranty Act;

c.      Damages for fraud or deceptive trade practices;

d.      Punitive damages in an amount sufficient to punish Ford and to deter others similarly situated from such conduct in the future;

e.      For pre-judgment interest;

f.      For such other, further, or different relief as this Court may deem proper.

Provided, however, that Plaintiffs do not seek more than $74,900.00 per Plaintiff and limit any recovery under the Magnuson Moss Act to $49,000.00, attorney's fees awarded under the Magnuson Moss Act and costs of this Action.

Respectfully Submitted this 6th day of January, 2020.

*/s/ Christina D. Crow*
Christina D. Crow (CRO064)
*Attorney for Plaintiffs*

**OF COUNSEL:**
JINKS, CROW & DICKSON, P.C.
P. O. Box 350
Union Springs, Alabama 36089
(334) 738-4225 (f)
(334)738-4229 (o)
ccrow@jinkslaw.com

*/s/Earl P. Underwood, Jr.*
Earl P. Underwood, Jr.
*Attorney for Plaintiffs*

**OF COUNSEL:**
UNDERWOOD & RIEMER, P.C.
21 South Section Street
Fairhope, Alabama 36532
251-990-5558 (Telephone)
251-990-0626 (Facsimile)
epunderwood@alalaw.com

20

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS OF THIS COMPLAINT**

/s/ Christina D. Crow
Christina D. Crow

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.

ELECTRONICALLY FILED
1/6/2020 9:34 PM
69-CV-2020-900001.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
PAIGE SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>69<br>Date of Filing:<br>01/06/2020 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
### BARR DISTRIBUTING COMPANY, INC. ET AL v. FORD MOTOR COMPANY

**First Plaintiff:** ☑ Business ☐ Individual  ☐ Government ☐ Other   **First Defendant:** ☑ Business ☐ Individual  ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
CRO064   1/6/2020 9:34:18 PM   /s/ CHRISTINA D. CROW
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
1/6/2020 9:34 PM
69-CV-2020-900001.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
PAIGE SMITH, CLERK

# Exhibit 1

# Ford Motor Company

Print this page  |    Close

## 2011 FORD SUPER DUTY MARKETING DEMONSTRATES TRUCK'S CLASS-LEADING CAPABILITY, FUEL ECONOMY

- Bold new marketing campaign for all-new 2011 Ford F-Series Super Duty begins w ith Webisodes, online chats, television and print ads all demonstrating class-leading tow ing and payload capability, fuel economy and productivity
- Ford unveiled its new Super Duty marketing campaign at the grand opening of Toby Keith's I Love This Bar & Grill in Auburn Hills, Mich.
- 2011 Ford Super Duty, w ith Ford-engineered, Ford-built 6.7-liter Pow er Stroke® diesel and all-new 6.2-liter gas engine, is arriving in U.S. dealerships now

*A bold, new marketing campaign for the 2011 Ford F-Series Super Duty shifts in high gear with multi-media advertising -- including this print ad -- aimed squarely at Super Duty customers.*

AUBURN HILLS, Mich., April 7, 2010 – Ford today kicked into high gear its advertising and marketing campaign for the all-new 2011 Ford F-Series Super Duty at a preview of Web and TV spots at the grand opening of Toby Keith's I Love This Bar and Grill.

Timed w ith the arrival of new Super Duty trucks in U.S. and Canadian dealerships, the multifaceted marketing campaign demonstrates the truck's class-leading tow ing and payload capability, fuel economy and productivity against the competition.

The campaign includes a series of new Webisodes, w hich go live today, featuring *Dirty Jobs'* Mike Row e. Television spots narrated by entertainer Denis Leary w ill begin in mid-April. And partnerships w ith stars such as Toby Keith kick off this summer w hen Ford sponsors Keith's 2010 America's Toughest Tour.

"Fundamental to the new Super Duty marketing initiative is Ford's intimate know ledge of the truck customer," said Doug Scott, Ford Truck Group Marketing manager.

"Our customers are huge Toby Keith fans, they enjoy a w ide array of sports, and they use their trucks for all sorts of w ork – from home repair projects to major industrial commercial w ork," he said. "Our deep understanding of this customer guides everything w e do, from engineering to marketing and advertising."

### Multifaceted marketing campaign begins on the Internet

Truck customers increasingly rely on social media for technical information and netw orking, according to Ford research. In fact, more than 15,000 Super Duty conversations take place a month on forums such as pow erstroke.org, dieselstop.com and w w w .ford-trucks.com. Furthermore, the top 10 Ford Super Duty enthusiast sites rival the membership of the top 10 sites dedicated to Ford Mustang, America's most popular muscle car.

With these numbers in mind, Ford last September gave truck customers in-depth technical information about the new Super Duty at w w w .fordvehicles.com/2011superduty, a full seven months before the truck launched.

"We w anted to make sure the Super Duty customer had access to all new information about the truck, including w hat w ent on behind the scenes," said Eric Peterson, Ford Truck Communications manager. "We show ed them how our engineers and our fleet customers tested the new Pow er Stroke diesel. Now, w e're show ing them how the truck performs against the competition."

The first set of Webisodes, released last fall, demonstrated the engineering expertise and extreme testing that w ent into building Super Duty's new 6.7-liter Pow er Stroke diesel engine, w hich delivers best-in-class horsepow er, torque and fuel economy. The second set, w hich w ent live in February, featured fleet customers in Wyoming, Florida and Texas driving preproduction trucks on their job sites in severe w eather and extreme off-road conditions.

Now, w ith the third series of Webisodes, titled "Head to Head," the new Super Duty goes head-to-head against the Dodge Ram HD and Chevrolet Silverado HD in exercises that matter most to customers – tow ing confidence, tow ing capability and fuel economy. TV's Mike Row e and Super Duty Chief Engineer Chris Brew er host the three segments.

Additionally, Brew er and members of his engineering team have been holding online chats w ith customers on sites such as w w w .thefordstory.com and w w w .ford-trucks.com.

"Our customers w ant real, unfiltered access and that's w hat w e're providing – unprecedented access to our engineers and insight into the team that built the Super Duty and its new pow ertrain," said Peterson. "Instead of having other people speculate about w hat the answ ers are, w e w anted to have our Ford engineers engaged in the conversations."

A "buzz" section on the Super Duty Web site includes links to some of the most relevant information being discussed on the Internet.

### Super Duty television and print ads: Straight to the point

The television ads for Super Duty represent a distinct evolution of the F-150 "rant" campaign – straightforw ard, no-nonsense and a proven success, according to Eric Sw anson, vice president and account director for Nielsen Automotive, the w orld's leading marketing and media information company.

"When the rant campaign first launched for the 2009 F-150, it w as recognized by Nielsen as one of the Top Ten Most Liked ads," Sw anson said. "View ers told us the ads are informative and clever and have shifted their opinion in a positive direction, not only for the truck but for the Ford brand in

general."

Rant is aimed squarely at core truck buyers. The ads w ill begin airing in mid-April during programming w atched regularly by Super Duty customers, such as NASCAR, NBA, NHL and Major League Baseball.

Three television spots place the truck in a distinctive black-and-w hite setting and focus on Super Duty's new pow ertrain as w ell as its tow ing capability and confidence and fuel economy leadership.

The print ads also are direct and to the point. Five ads highlight the same capability themes and w ill run in print publications that appeal to the interests and vocations of the Super Duty customer, such as *Sports Illustrated, Field & Stream, Popular Science* and *Builder*.

### Building engagement through targeted alliances

In addition to Web, print and TV ads, the Super Duty marketing campaign includes a strong emphasis on communicating w ith existing ow ners through sponsorships and alliance partnerships.

Ford F-Series' longtime alliances w ith key events and organizations help Ford connect in a personal w ay to customers' recreational and vocational interests.

In addition to sponsoring Toby Keith's concert tours, Ford alliance partnerships include organizations such as Monster Jam, Professional Bull Riders, Future Farmers of America, the American Quarter Horse Association and the Dallas Cow boys.

"Our alliances are another w ay in w hich w e continue to develop deeper and long-lasting relationships w ith our truck customers," said Scott.

### 2011 F-Series Super Duty: Legacy continues for America's premier work truck

Ford's F-Series has been the best-selling line of trucks in the U.S. for 33 straight years and in Canada for 44 years. With class-leading torque, horsepow er, fuel economy and tow ing and payload capability, the new Super Duty further underscores its Built Ford Tough legacy.

For 2011, Super Duty features both all-new diesel and gasoline engines mated to a new TorqShift six-speed transmission. The new 6.7-liter Pow er Stroke V-8 turbocharged diesel w as designed, engineered and built by Ford engineers dedicated solely to delivering this class-leading diesel to the next-generation Super Duty to enable best-in-class tow ing, payload and fuel economy.

The new Pow er Stroke pumps out a best-in-class 735 ft.-lb. of torque at 1,600 rpm and 390 horsepow er at 2,800 rpm, enabling the 2011 Super Duty's class-leading tow ing capability of 24,400 pounds. The 2011 Super Duty also has class-leading payload capability of 6,520 pounds.

The 2011 Super Duty is on sale now at Ford dealerships in the United States and Canada.

###

### *About Ford Motor Company*
*Ford Motor Company, a global automotive industry leader based in Dearborn, Mich., manufactures or distributes automobiles across six continents. With about 198,000 employees and about 90 plants worldwide, the company's automotive brands include Ford, Lincoln, Mercury and, until its sale, Volvo. The company provides financial services through Ford Motor Credit Company. For more information regarding Ford's products, please visit www.ford.com.*

Dealer Directory | Site Map | Contact Ford | [+] Site Feedback
Privacy | Your California Privacy Rights | Corporate Governance
Copyright 2010 Ford Motor Company. All rights reserved.

DOCUMENT 4

ELECTRONICALLY FILED
1/6/2020 9:34 PM
69-CV-2020-900001.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
PAIGE SMITH, CLERK

# Exhibit 2

# Ford Super Duty Customer Testing Extended; More Power, Fuel Economy Reported

NEWS PROVIDED BY
**Ford Motor Company →**
Jun 25, 2010, 09:00 ET

DEARBORN, Mich., June 25 /PRNewswire-FirstCall/ --

- Based on customer demand, an unprecedented testing program of 2011 Ford F-Series Super Duty diesel trucks is being extended as commercial customers push the preproduction trucks to their limits

- Two Texas-based companies, Reynolds Asphalt & Construction and TexOp Construction, are using their trucks through the busy road-construction season and into winter for a year's worth of severe-duty testing; Florida Power & Light Company is working its trucks in challenging environments that include the swamps of the Florida Everglades; those four trucks have racked up an average of nearly 22,000 miles since the testing program began late last year

- Customers report significantly increased fuel economy – up to 25 percent over the truck it replaced depending on use

- In May, for the second month in a row, sales of the all-new Super Duty more than doubled Ford's heavy-duty truck sales objective; Ford owns about 60 percent of the fleet and commercial sales market, and fleet sales were up 32 percent in May

- Regular field test fleet updates are available at www.fordvehicles.com/2011superduty under the "Field Work" pull-down menu

The new 2011 Ford F-Series Super Duty is fitting in so well on the job that it's being asked to stick around longer. Based on customer requests, Ford Motor Company is extending its unprecedented Ford F-Series Super Duty fieldwork evaluation program through the end of 2010 to select extreme-duty commercial customers. That means these preproduction Super Duty models will have earned their keep for a full year in some of the toughest work environments around.

The overwhelmingly positive feedback from these severe-duty users – and their desire to extend the program – confirms the thoroughness of the rigorous testing procedures developed for the 2011 Super Duty as it evolved from raw data to computer images to actual vehicle.

"We tested the 2011 Super Duty in every situation imaginable throughout the development process, but nothing can replace these real-world scenarios," said Chris Brewer, chief engineer of the 2011 Super Duty.

In Texas, for example, two businesses are working their 2011 Super Duty trucks to the extreme during the busy road-construction season. Both Reynolds Asphalt & Construction Co. of Euless and TexOp Construction of Roanoke have evaluation trucks equipped with the new 6.7-liter Power Stroke® V-8 turbocharged diesel engine and the 6R140 heavy-duty TorqShift™ six-speed automatic transmission.

The vehicles used by Florida Power & Light Company are driven all around the Sunshine State, on-road and off-road, often traveling up to 600 miles a day. They also power through swampy terrain in the Florida Everglades or bull across inaccessible roads to get power back online and respond to other customer needs.

**Outstanding fuel economy while standing up to harsh conditions**

Reynolds Asphalt has a 2011 Super Duty F-550 4x2 dual rear-wheel chassis cab upfitted with a mechanic's bed to use as a service truck for the company's heavy-duty equipment. Essentially a garage on wheels, it services rollers, pavers and other support equipment. The F-550 chassis cab,

with class-exclusive Live Drive PTO (power takeoff), carries welding equipment, compressors and a crane body to expedite repairs.

The Live Drive PTO output gear is linked through the torque converter to the engine crankshaft. The power is available any time the engine is running, with the vehicle moving as well as stationary.

"The 2011 Super Duty is a big key to boosting productivity because we can use it to get to locations not easily accessible and get equipment repaired," said George White, equipment manager of Reynolds Asphalt.

The total weight of added equipment approaches the maximum payload limits of the class-leading 19,500-pound GVWR (gross vehicle weight rating) of the F-550 truck.

"We definitely have it loaded down, but the fuel mileage has been excellent – about a 20 to 25 percent improvement in highway situations over the truck it replaced," said White.

The work will get even tougher in the coming months, as Texas already has seen 100-degree temperatures.

**TexOp truck busy day and night**

TexOp Construction is working a 2011 Super Duty F-350 4x4 Crew Cab XL dual rear-wheel pickup outfitted with toolboxes to assist with maintenance. It also tows Bobcats and other equipment on a double-axle tandem gooseneck trailer to job sites.

"This truck has a lot more power and better mileage," said Richard Webb, equipment and construction manager for TexOp Construction. "The throttle response and acceleration are outstanding. We're glad to have it during this upcoming busy season."

The Super Duty F-350 is used on the highway and off-road in about a 50-50 split. "We have to drive it on basically what's going to be the base of the road, which can be slick mud," said Webb. "It's kind of an obstacle course, really."

This 2011 F-350 leads a double life, working on a 3,000-acre Texas ranch, pulling horse trailers and hauling hay and ranch equipment.

**Florida Power & Light trucks ready at a moment's notice**

Florida Power & Light Company employs a 2011 Ford F-250 Super Duty XL Super Cab 4x4 and an F-250 XLT Crew Cab 4x2. The 4x2 truck is used for towing about 20 percent of the time with the 4x4 truck towing and/or off-road about 80 percent of the time.

The main use of the truck is to keep underground – and underwater – power cables online. This entails driving all around Florida's highways and "off the beaten path" to areas inaccessible to most vehicles.

"In our business, we need a truck that delivers outstanding fuel economy on the highway and also is capable of tackling the wetlands, swamps and ditches," said Ray Haering, acquisition specialist for Florida Power & Light. "Our Super Duty pickups have been outstanding meeting those needs."

The new 6.7-liter Power Stroke V-8 turbocharged diesel engine is significantly quieter than the outgoing product, which makes using the available hands-free SYNC® system that much easier – and more productive.

"Before, you literally had to pull over and shut off the engine to talk," said Joe Heatherly, Florida Power & Light driver. "This new engine is so much quieter, and with the SYNC system, we're now much more productive.

"We can stay on the road and conduct business, stay in contact with the office or contractors or customers – all without driver distraction. We run up 3,000 or 4,000 minutes a month on our phones, so this has been a tremendous time saver and a huge benefit and more valuable than I would have imagined."

The towing capability of the new Super Duty has been put to the test by both a 9,000-pound long-bed trailer that tows a 26-foot boat that aids in service efforts and an enclosed box trailer.

"With the power, torque and off-the-line performance, with the revs so low, it's like there's nothing back there – it's that easy," said Heatherly.

Heatherly has been impressed with the new diesel's power and fuel economy as well as the new Super Duty's off-road capability – even with his two-wheel-drive truck.

"The off-road performance has been close to what you might expect with a four-wheel-drive truck. I was shocked," said Heatherly.

Florida Power & Light also regularly takes advantage of the new Super Duty's increased biodiesel capability. The new diesel engine is B20 compatible, which allows customers an additional fueling option that uses blends of up to 20 percent biodiesel and 80 percent petroleum diesel. This option is increasingly important to companies looking to "green" their fleets.

"Because of the extensive development work done with the 2011 Super Duty, especially with the new diesel engine, we had every confidence that even preproduction examples would be outstanding performers," said Doug Scott, Ford Truck marketing manager. "With these trucks delivering outstanding capability and fuel economy, it's understandable why these businesses want to keep them on the team as long as possible."

### About Ford Motor Company

*Ford Motor Company* (NYSE: F), *a global automotive industry leader based in Dearborn, Mich., manufactures or distributes automobiles across six continents. With about 176,000 employees and about 80 plants worldwide, the company's automotive brands include Ford, Lincoln and Mercury, production of which has been announced by the company to be ending in the fourth quarter of 2010, and, until its sale, Volvo. The company provides financial services through Ford Motor Credit Company. For more information regarding Ford's products, please visit www.ford.com.*

SOURCE Ford Motor Company

ELECTRONICALLY FILED
1/6/2020 9:34 PM
69-CV-2020-900001.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
PAIGE SMITH, CLERK

# Exhibit 3

# Ford Motor Company

Print this page | Close

## 2011 FORD F-SERIES SUPER DUTY LEADS HEAVY-DUTY TRUCKS IN CAPABILITY, NOW FUEL ECONOMY, TOO

- The most capable heavy-duty pickup in America – the Ford F-Series Super Duty – also is the most powerful and fuel efficient for the 2011 model year, offering customers their choice of either gas or diesel engines

*2011 F-Series Super Duty*

- Fuel economy on the all-new 2011 Ford F-Series Super Duty equipped with the 6.7-liter Power Stroke® V-8 diesel engine averages an 18 percent improvement for pickup models and up to 25 percent improvement for chassis cabs versus 2010 models. Trucks equipped with new base 6.2-liter V-8 gas engines average a 15 percent improvement versus 2010 models
- The all-new Ford-engineered, Ford-designed, Ford-built 6.7-liter Power Stroke V-8 turbocharged diesel engine has best-in-class torque of 735 ft.-lb. (at 1,600 rpm) and best-in-class 390 horsepower (at 2,800 rpm) – 85 ft.-lb. and 40 horsepower more than the outgoing model – with best-in-class fuel economy; new engine is B20 biodiesel compatible, too
- All-new 6.2-liter V-8 gas engine is also best-in-class with 385 horsepower and 405 ft.-lb. of torque – 85 more horsepower and 40 ft.-lb. of torque more than the current 5.4-liter V-8 gas engine. It also delivers class-leading fuel economy and E85 compatibility
- All-new powertrains are the backbone of the new 2011 F-Series Super Duty, which has class-leading towing capability of 26,400 pounds on chassis cabs, 24,400 pounds on pickups; best-in-class payload capability of 12,711 pounds on chassis cabs, 6,520 pounds on pickups

### 2011 FORD F-SERIES SUPER DUTY MEDIA SITE

DEARBORN, Mich., Feb. 25, 2010 – The new 2011 Ford F-Series Super Duty delivers the most heavy-duty truck horsepower. Top torque. Industry-best towing capability and payload. Fuel economy leadership. In short, the new Super Duty delivers leadership in every feature that matters to heavy-duty truck customers.

With Ford-built diesel and gas powertrains, the all-new Ford Super Duty dominates the competition in payload, conventional towing, fifth-wheel towing and gross combined weight rating in both pickups and chassis cabs. Diesel engines account for 65 percent of the Super Duty sales, with gas engines making up the remaining 35 percent.

The new 6.7-liter Power Stroke V-8 turbocharged diesel – designed, engineered and built by Ford – delivers class-leading fuel economy as well as best-in-class 390 horsepower and 735 ft.-lb. of torque – that's 75 ft.-lb. more than its nearest competitor in the market today. Plus, the new Super Duty fuel economy improvement averages 18 percent better for pickup models and up to 25 percent for chassis cab versus the outgoing Super Duty.

Significantly improved torque – 85 ft.-lb. more than the current 6.4-liter Power Stroke diesel – is good news for the nearly 97 percent of Super Duty customers who tow and helps the 2011 Super Duty deliver class-leading towing capability of 26,400 pounds with the F-550 chassis cab. The 2011 Super Duty also has class-leading payload capability of 6,520 pounds.

"Having best-in-class numbers is powerful, but the real payoff is how those numbers deliver for our customers," said Mark Fields, Ford president of The Americas. "For 33 years, F-Series has been the No. 1-seller in America because we listen to our customers. With Super Duty, they've told us how they use their trucks to tow, and on the new truck, we focused on delivering best-in-class towing capability for them with new powertrains that deliver best-in-class power *and* best-in-class fuel economy."

### Built to last, just the way customers like

During the Super Duty's development, engineers put more than 10.3 million equivalent test miles on the new diesel engine, including extreme road and weather conditions. The new Power Stroke diesel is the most-tested Power Stroke ever, incorporating the most rigorous engine tests found in Ford globally.

Extensive CAD (computer-aided design) and CAE (computer-aided engineering) work was completed to identify any potential challenges before hardware was created, which not only is time-efficient but also helps ensure quality at the outset.

Customer data, including driving styles, road types and vehicle usage (towing and payload), also played a key role in developing the testing program that best replicated Super Duty use.

Components were tested in the laboratory with a regimen designed to exceed what even the most extreme-use customer might dish out. Engines literally ran continuously for hundreds of hours. Engines were started in below-zero temperatures more than 2,600 times. Plus, laboratory tests simulated 10 years of use in arctic conditions.

### B20 compatibility added for 2011 model year

The strict testing work also ensured the new engine is B20 compatible, which allows customers another fueling option that uses blends of up to 20 percent biodiesel and 80 percent petroleum diesel. Because biodiesel fuel varies in quality in the U.S. and Canada, durability testing cycles were run on multiple blends of the fuel to ensure the robustness of the system. This is especially important to the agricultural industry, where biodiesel is often the preferred fuel.

"These tests give us the full spectrum of Super Duty customers – from those who run their trucks at maximum power with a maximum load for long

periods to those who use them more in a start-stop mode," said Ed Waszczenko, lead engine durability engineer.

Finally, a battery of in-vehicle, real-world tests validated the work done in the laboratories. The 2011 F-450 Super Duty, for example, can tow a 24,400-pound trailer up a 6 percent grade at 47 mph, which is more than 50 percent faster than the outgoing product. The F-450 and F-550 have no competitors in the marketplace.

"That's the difference between trucks passing you, or you passing trucks," said Chris Brewer, Super Duty chief engineer.

**Class-leading capability**
Growing Super Duty's heavy-truck leadership legacy, the 2011 F-250 and F-350 pickup trucks have best-in-class conventional towing and payload capability. The F-250 and F-350 single-rear-wheel model can tow up to 14,000 pounds with payloads of 4,050 pounds and 4,600 pounds, respectively.

In addition, the F-350 dual-rear-wheel model delivers best-in-class conventional towing of 16,000 pounds and fifth-wheel towing of 21,600 pounds as well as best-in-class payload of 6,520 pounds. With chassis cab sales accounting for up to 25 percent of the Super Duty mix, the leadership towing capability of the F-550 fifth-wheel hitch is notable: 26,400 pounds.

The improved torque also enables the driver to hold a higher gear longer, which helps with highway fuel economy. "This prevents transmission 'gear hunting,' and lets you stay in gear longer before downshifting, ultimately saving fuel," Brewer said.

**Quietest Power Stroke ever**
In addition to its capability, the new 6.7-liter Power Stroke V-8 has the lowest NVH (noise, vibration and harshness) in the class with a notably quieter, more refined sound than ever. Improvements to the combustion system, structural integrity of the compacted graphite iron block and the single turbocharger mounted to the engine block account for many of the NVH improvements.

Specific design upgrades were made to both the piston and the piston bowl to optimize the combustion process, which features a two-stage combustion event instead of a single-injection event. Single-injection events can cause harsh, sudden and loud combustion. On the 2011 Super Duty, a starter or pilot injection of fuel begins the combustion process before the main injection.

The result is smoother combustion and a more refined sound for the customer. When at idle, two pilot injection events are used to make the firing process even smoother and aid in quietness.
The "ticking" of the high-speed injectors also is quieted by specially designed covers on the engine. Mounting the turbocharger from the center housing directly to the block provided several advantages as well in terms of NVH.

"When turbochargers vibrate, it can lead to other parts of the vehicle, such as the exhaust system, vibrating," said Adam Gryglak, chief diesel engineering manager. "So when the turbocharger vibrates a lot, the exhaust system vibrates too, and that's disturbing to the customer. Bolting the turbocharger directly to the block eliminates that concern."

Using one turbocharger, instead of two operating in series or sequentially, helped resolve some NVH challenges as well. The single turbocharger eliminates air-handling noises – the whooshes – typically heard when the engine switches from one turbo to the next. Also, the single turbocharger has ball bearings that pilot the shaft in the turbo, eliminating the potential for the shaft of the turbocharger to gyrate in its housing, another potential NVH issue.

Other improvements include the addition of two resonators in the intake system as well as a third resonator near the air cleaner. These additions made it possible to tune the diesel intake system to the desired sound.

**New gas engine leads in torque, horsepower and fuel economy**
The 2011 Super Duty features a new, more powerful and efficient standard gasoline engine that also delivers class-leading numbers. The new 6.2-liter V-8 gasoline engine produces 405 ft.-lb. of torque (at 4,500 rpm) and 385 horsepower (at 5,500 rpm) on regular gasoline. These numbers represent an increase of 40 ft.-lb. of torque and 85 horsepower versus the current 5.4-liter V-8. The new engine also is E85 compatible.

**Already cementing its 'Built Ford Tough' status**
Nearly all the components of the 2011 Super Duty 6.2-liter V-8 are shared with the 6.2-liter V-8 engine found in the 2010 F-150 SVT Raptor, a purpose-built, high-performance off-road truck versatile enough to take on the most challenging desert adventures as well as daily commutes.

In November 2008, the 6.2-liter Raptor R not only survived its first grueling Baja 1000, it earned a podium finish.

Testing on the 6.2-liter V-8 included running multiple engines for more than 500 hours at peak torque and peak horsepower as well as customer-correlated 1,000-hour road load tests to ensure dependability for even the toughest Ford F-Series Super Duty customer.

"Having two outstanding powertrains to choose from is a real win-win for Super Duty customers," said Doug Scott, truck group marketing manager. "Both Ford's new diesel and new gasoline engines deliver the 'and solution' – best-in-class horsepower, torque *and* fuel economy. "Leadership in areas that matter most to customers will help ensure the 2011 Super Duty will continue to be the undisputed leader in full-size pickup towing, payload and capability."

**More information**

For additional information and images of the 2011 Ford F-Series Super Duty, click here.

### #

**About Ford Motor Company**
*Ford Motor Company, a global automotive industry leader based in Dearborn, Mich., manufactures or distributes automobiles across six continents. With about 198,000 employees and about 90 plants worldwide, the company's automotive brands include Ford, Lincoln, Mercury and Volvo. The company provides financial services through Ford Motor Credit Company. For more information regarding Ford's products, please visit www.ford.com.*

Dealer Directory | Site Map | Contact Ford | [+] Site Feedback
Privacy | Your California Privacy Rights | Corporate Governance
Copyright 2010 Ford Motor Company. All rights reserved.

ELECTRONICALLY FILED
1/6/2020 9:34 PM
69-CV-2020-900001.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
PAIGE SMITH, CLERK

# Exhibit 4

# 2011 Ford F-Series Super Duty Power Stroke Diesel is Cleanest Ever; Fuel Economy Greatly Improved

NEWS PROVIDED BY
**Ford Motor Company →**
Mar 09, 2010, 05:00 ET

ST. LOUIS, March 9 /PRNewswire-FirstCall/ --

- The all-new 2011 Ford F-Series Super Duty features all-new diesel and gas powertrains that deliver best-in-class torque and horsepower as well as class-leading fuel economy

- The Ford F-Series Super Duty equipped with the 6.7-liter Power Stroke® V-8 turbocharged diesel engine averages an 18 percent improvement for pickup models and up to 25 percent improvement for chassis cabs versus 2010 models. Trucks equipped with new base 6.2-liter V-8 gas engine average a 15 percent improvement versus 2010 models

- The new diesel engine is B20 biodiesel compatible and the new gas engine is E85 compatible, providing customers a wide range of fueling options

- Best-in-class fuel economy and class-leading capability – towing of 26,400 pounds and a 6,520-pound payload – is due largely to the all-new 6R140 heavy-duty TorqShift® six-speed automatic transmission, providing more than half the overall improved fuel economy

The all-new 2011 Ford F-Series Super Duty delivers best-in-class torque, horsepower, towing and payload capability – and does it all more efficiently, resulting in less fuel usage and extended maintenance intervals that can translate directly into bottom-line savings for customers.

"The 2011 Super Duty is not only the most powerful, most capable and fuel-efficient heavy-duty pickup truck on the road, it performs the tough jobs with even more efficiency than ever before," said Doug Scott, truck group marketing manager. "Customers can be confident that Super Duty's class-leading capability comes with Ford's 'and solution' of best-in-class fuel economy."

All-new diesel and gas engine powertrains are the backbone of the 2011 Super Duty's best-in-class towing (26,400 pounds for F-550 chassis cab with fifth-wheel hitch) and payload capability (6,520 pounds for F-350 dual rear-wheel pickup). The Ford-designed, Ford-engineered and Ford-built 6.7-liter Power Stroke V-8 turbocharged diesel engine produces best-in-class 735 ft.-lb. of torque at 1,600 rpm and best-in-class 390 horsepower at 2,800 rpm. The new engine is compatible up to B20 biodiesel fuel as well.

The new 6.2-liter V-8 gasoline engine also boasts best-in-class numbers of 405 ft.-lb. of torque at 4,500 rpm and 385 horsepower at 5,500 rpm. The new engine is E85 compatible.

Mated to each engine is the all-new 6R140 heavy-duty TorqShift six-speed automatic transmission. The added feature content and overall efficiency of the transmission are the main reasons for the improved fuel economy. The all-new 2011 Ford F-Series Super Duty equipped with the 6.7-liter Power Stroke diesel averages an 18 percent improvement for pickup models and up to 25 percent improvement for chassis cabs versus 2010 models. Trucks equipped with new base 6.2-liter V-8 gas engine average a 15 percent improvement versus 2010 models.

"The new transmission is a 'clean-sheet' design, developed specifically to handle the significantly increased torque produced by the new diesel engine and the higher rotational speeds produced by the new gas engine, and to deliver the power to the wheels seamlessly and efficiently for heavy-duty truck customers," said Al Bruck, transmission engineering manager. "Each system and component was scrutinized to deliver optimum performance."

Here's a closer look at what was achieved and the benefits to the customer:

- **New torque converter that locks at a far lower rpm than the competition:** The new, stronger torque converter is core to the improved transmission performance. One key component is the long-travel turbine damper that allows the transmission to lock earlier, at a lower rpm, which translates to less slip and more fuel efficiency. The new transmission locks down to 900 rpm, which is about 200 rpm less than the outgoing product and more than 100 rpm less than competitors. The second key component of the torque converter is the closed-piston design. This design allows for better control of the lock-up clutch, which enables controlled converter clutch slip during lock-to-lock upshifts that are seamless to the customer.

**– Customer fuel economy benefit:** Locked converter operation at lower speeds means less wasted heat energy and better fuel economy.

- **Optimized shift and converter lock-up schedule:** After analyzing the entire shift schedule, Ford calibration engineers fine-tuned it by measuring and optimizing the fuel flow. The system recognizes light or heavy throttle use, and puts the transmission in the right gear for best performance and efficiency. The entire operating range has been optimized to get the best fuel economy by locking up the converter as soon as possible and as much as possible.

**– Customer fuel economy benefit:** Optimizing the shift schedule and lock schedule ensures customers automatically operate in the most efficient gears and save fuel.

- **Gearing and double-overdrive:** The 6R140 transmission has a ratio span of about 5.9, which is quite a bit wider than competitors. This wider span means the transmission has a deeper first gear that allows customers to get the load moving quicker, and a tall overdrive ratio for good highway efficiency. While the gearing itself is important, the key to overall efficiency is matching that gearing to the correct axle. With the diesel engine, up to four axle ratios are available on the pickups – 3.31, 3.55, 3.73 and 4.30. Matching up the gearing with the right axles means better overall efficiency.

**– Customer fuel economy benefit:** The double-overdrive gear means even if a customer gets a downshift on the highway, the transmission remains in overdrive. Also, the F-450 pickup went from a 4.88 axle to a 4.30 axle at launch for the 2011 model mated to the wide ratio span of the

transmission. This and other optimizations mean the F-450 now has about a 30 percent improvement in fuel economy.

- **Optimized pumping pressure:** A certain amount of pressure is required to hold the clutches together so they don't slip. The trick is to have the right amount of pressure to do the job. Too much pressure wastes fuel. The solution is to optimize the size of the pump and precisely control the pressure for all operating conditions.

**– Customer fuel economy benefit:** At highway speeds, for example, the line pressure is reduced, which helps save fuel. The system maintains the right amount of pressure for any given speed range. The less energy needed for internal pump pressure means less fuel used.

- **Optimized drainback to reduce spin losses:** A main objective is to get the fluid through the main barrel to lubricate and cool components, and get it back to the sump as quickly as possible. This reduces windage and parasitic loss. The clutch friction plates were designed to allow fluid to flow through them efficiently for cooling and reduced drag. Clutch housings, connecting shells and the main case housing were optimized to quickly drain the fluid out of rotating components and back into the sump.

**– Customer fuel economy benefit:** Fewer parasitic losses due to reduced churning of fluid increases fuel economy.

- **Warmer operating temperature:** Tied in with spin losses, the 6R140 cooling system has been optimized to allow for the proper amount of cooling when towing heavy loads in high ambient temperatures, while running at an overall higher stabilized temperature. This higher stabilized temperature lowers the viscosity and helps the fluid flow more easily, which reduces parasitic losses and saves fuel. The fluid also warms up faster because it does not flow to the cooling circuit until properly warmed up. Faster warm-up also reduces overall parasitic losses.

**– Customer fuel economy benefit:** Fewer parasitic losses due to reduced fluid viscosity translates to less internal drag on the system and increases fuel economy.

**Lighter, more efficient than competition**

The 6R140 transmission is about 25 pounds lighter than those of competitors. The new engines are lighter than the outgoing products as well, which altogether means much more efficient power flow on a pound-for-pound basis. The 6R140 also has a 150,000-mile fluid change interval, which is 2-1/2 times greater than the outgoing product. A patent-pending high-efficiency dual-media filter is the main reason for the extended maintenance interval, which is another savings for customers.

**Cleanest Power Stroke ever**

The new 6.7-liter Power Stroke V-8 turbocharged diesel employs an aftertreatment system to help comply with 2010 federal regulations to reduce NOx levels in diesel emissions by more than 80 percent compared with the previous standard. The Ford aftertreatment system is a three-stage process; a key component is the use of Diesel Exhaust Fluid (DEF).

Injection of DEF to reduce NOx is a proven technology that's been used throughout the automotive industry. Unlike other strategies used to control NOx, the DEF system allows the diesel engine to run at its optimum range in terms of fuel mixture. Some systems require the engine to run richer – which can be harmful to diesel engines – in order to control the NOx.

The aftertreatment system works like this:

**Step One: Cleaning and Heating** – The first step in cleaning the diesel exhaust occurs when the exhaust stream enters the Diesel Oxidation Catalyst (DOC). The role of the DOC is twofold. First, it converts and oxidizes hydrocarbons into water and carbon dioxide. This conversion happens at about 250 degrees Celsius.

Second, the DOC is used to provide and promote heat, using specific engine management strategies, into the exhaust system. Through appropriate thermal management, this heat increases the conversion efficiency of the downstream subsystems in reducing emissions.

**Step Two: Knocking Out the NOx** – The next step in the process is what's known as Selective Catalytic Reduction (SCR). In this process, the NOx in the exhaust stream is converted into water and inert nitrogen, which is present in the atmosphere and harmless. Before the exhaust gas

enters the SCR chamber, it is closed with DEF, an aqueous solution that is approximately 67.5 percent water and 32.5 percent pure urea.

When heated, the DEF splits into ammonia and carbon dioxide. These molecules are atomized and vaporized, then enter a mixer that resembles a corkscrew. This twist mixer evenly distributes the ammonia within the exhaust flow. The ammonia enters the SCR module, which contains a catalyzed substrate, and through chemical reactions combines and converts the NOx and ammonia into the harmless inert nitrogen and water. Dosing occurs between 200 and 500 degrees Celsius.

**Step Three: Scrubbing Away the Soot** – The final part of the cleansing system for the diesel exhaust gas involves the Diesel Particulate Filter (DPF). The DPF traps any remaining soot, which is then periodically burned away, known as regenerating, when sensors detect the trap is full. The regeneration process sees temperatures in excess of 600 degrees Celsius to burn away soot.

This industry-proven technology ensures that the new 6.7-liter diesel is the cleanest Power Stroke ever, as well as the most fuel-efficient.

"Having this diesel designed in-house at Ford meant we were able to work on optimizations and refinements right from the start," said Tim Ogilvie, vehicle energy supervisor. "We're able to deliver to customers a more refined, more fuel-efficient Super Duty, with class-leading torque and horsepower and the class-leading capability they demand."

*About Ford Motor Company*

*Ford Motor Company* (NYSE: F)*, a global automotive industry leader based in Dearborn, Mich., manufactures or distributes automobiles across six continents. With about 198,000 employees and about 90 plants worldwide, the company's automotive brands include Ford, Lincoln, Mercury and Volvo. The company provides financial services through Ford Motor Credit Company. For more information regarding Ford's products, please visit www.ford.com.*

SOURCE Ford Motor Company

ELECTRONICALLY FILED
1/6/2020 9:34 PM
69-CV-2020-900001.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
PAIGE SMITH, CLERK

# Exhibit 5



14**SUPER DUTY**®



Information Provided by:
DEALER

# TRUSTED BY THOSE WHO OWN WORK.

Construction. Heavy Hauling. Emergency Vehicles. Agriculture. Forestry. Utility Services. Within these and countless other essential industries, the guys who do the toughest work count on one heavy-duty truck more than any other[1] – Ford Super Duty.® Day in. And day out. Built Ford Tough® powertrains deliver best-in-class[2] gas horsepower and torque. Plus, the 2014 Super Duty pickup with Power Stroke® 6.7L diesel achieves best-in-class diesel fuel economy,[3] horsepower, and standard torque. Backed by best-in-class maximum payload and conventional towing capabilities[4] and standard trailer sway control, Super Duty helps you get the job done when no one else can. No wonder F-Series has been America's best-selling truck for 36 years. Go further in a 2014 Super Duty.



*F-250 XL Regular Cab 4x2. Oxford White. New XL Appearance Package. Available equipment.*

[1]Percentages based on Polk U.S. heavy-duty pickup and class 2–5 conventional chassis cab combined new registrations (2011 CYE–2012 CYTD JUNE) within listed vocations. [2]Class is Full-Size Pickups over 8,500 lbs. GVWR vs. 2013/2014 competitors. [3]Based on Ford simulated city-suburban drive-cycle tests of comparably equipped 2014 Ford and 2011-2013 competitive models, consistent with SAE Standard J1321. [4]When properly equipped. Vehicles throughout this brochure may be shown with optional and aftermarket light equipment.

**14SUPER DUTY**
ford.com





# PROVEN WORKHORSES WITH A LEGENDARY BLOODLINE.

The 2014 Ford F-Series Super Duty® comes in your choice of 3 models (F-250, F-350 and F-450), each available in XL, XLT, LARIAT, KING RANCH® and PLATINUM trim. With the most equipment configurations of any truck in its class, there's one just right for you and your work. Plus, you can rest assured your new Super Duty is built on a solid foundation, one engineered to last. It's an indisputable fact: There are more F-Series trucks on the road with 250,000+ miles than any other brand.[1]

## F-450

**Maximum Capabilities**[2]
24,700-lb. 5th-Wheel Towing
18,500-lb. Conv. Towing – BEST IN CLASS
5,880-lb. Payload
14,000-lb. GVWR – UNSURPASSED

**Equipment Configurations**
6.7L Power Stroke® V8 Turbo Diesel
Dual Rear Wheel 4x4
Crew Cab with 8' Box

## F-350

**Maximum Capabilities**[2]
23,200-lb. 5th-Wheel Towing
18,500-lb. Conv. Towing – BEST IN CLASS
7,260-lb. Payload
14,000-lb. GVWR – UNSURPASSED

**Equipment Configurations**
6.2L Gas V8 or 6.7L Power Stroke V8 Turbo Diesel
Single Rear Wheel or Dual Rear Wheel; 4x2 or 4x4
Regular Cab, SuperCab or Crew Cab; 6¾' or 8' Box

## F-250

**Maximum Capabilities**[2]
16,800-lb. 5th-Wheel Towing
14,000-lb. Conv. Towing
4,240-lb. Payload
10,000-lb. GVWR

**Equipment Configurations**
6.2L Gas V8 or 6.7L Power Stroke V8 Turbo Diesel
Single Rear Wheel 4x2 or 4x4
Regular Cab, SuperCab or Crew Cab; 6¾' or 8' Box

*F-450 King Ranch Crew Cab. Chrome Package. White Platinum Tri-coat/Pale Adobe two-tone. F-350 XLT SuperCab 4x4. Tuxedo Black. F-250 XL Regular Cab 4x2. Ingot Silver. Available or aftermarket equipment shown on each.*

[1]Based on vehicle registration data and latest odometer readings available to R. L. Polk & Co. for 1992 and newer model year full-size pickups still on the road in the U.S. as of 1/1/12. [2]When properly equipped.

Information Provided by:

**14SUPER DUTY**®
ford.com





# POWER STROKE —
# THE DIESEL LEADER ON 3 FRONTS.

Best-in-class fuel economy.[1] Best-in-class 400 horsepower. And best-in-class 800 lb.-ft. of standard torque. The 6.7L Power Stroke® V8 Turbo Diesel engine[2] delivers 3 times over. Designed, engineered and built by Ford, the 6.7L features many innovative details that contribute to its durability. Precision dual water jackets that help minimize weight while maximizing the cooling of its aluminum cylinder heads are just one example. Equipped with this thoroughly modern diesel, the 2014 Super Duty® offers best-in-class diesel fuel economy. This B20-capable engine is the most tested Power Stroke diesel ever, having proven itself in over 10 million miles of cumulative testing and real-world use under extreme conditions. From 120°F scorching heat to -40°F bone-chilling cold. The class-leading 6.7L Power Stroke is Built Ford Tough.

[1]Based on Ford simulated city-suburban drive-cycle tests of comparably equipped 2014 Ford and 2011-2013 competitive models, consistent with SAE Standard J1321. [2]Available feature.

Information Provided by:
DEALER e-PROCESS

14 **SUPER DUTY**™
ford.com





## GAS LEADS ITS CLASS TOO.

With 385 horsepower and 405 lb.-ft. of torque! This state-of-the-art 6.2L 2-valve V8 is also designed, engineered, built and torture-tested by Ford. So you can rest assured it's ready for work. As the standard engine on F-250/F-350, the 6.2L offers you several fuel choices. It's E85 capable and can be equipped with the CNG/LPG Gaseous Engine Prep Package, which readies your truck to be upfit to run on compressed natural gas (CNG), on liquefied petroleum gas (LPG), or as a bi-fuel vehicle with the ability to seamlessly switch between CNG or LPG and gasoline. Ford trucks upfit to a bi-fuel system include a tank for each type of fuel, offering drivers flexibility and extended range. For ordering details, see your Ford Dealer. Purchasing a Super Duty® upfit for CNG or LPG may even help you qualify for state incentives related to alternative-fuel use, infrastructure or vehicles. Visit www.afdc.energy.gov/afdc/laws for details.

F-250 XLT SuperCab 4x4. Chrome Package. Vermillion Red. Available equipment.

¹385 hp and 405 lb.-ft. of torque, 10,000 lbs. GVWR and under. 316 hp and 397 lb.-ft. of torque, 10,001 lbs. GVWR and over.

Information Provided by:
DEALER

14 SUPER DUTY®
ford.com

# YOUR POWER. YOUR CHOICE.

Diesel or gas. Either way, your Super Duty® comes with a rugged TorqShift® 6-speed SelectShift® automatic transmission designed, engineered and built by the Ford powertrain team. Low-speed lockup capability (down to 900 rpm) on its torque converter enables the engine to run efficiently at lower rpm. Its high-strength sinter-metal carrier, with patented Ford rocker one-way clutch, easily handles the extreme low-end torque of the diesel engine, as well as the high speeds of the gas engine. Plus, its high-capacity, high-efficiency fluid filter extends your fluid- and filter-change intervals up to 150,000 miles. Gear up for the long haul with Super Duty.

## 6.7L POWER STROKE® V8 TURBO DIESEL

**Maximum power – quickly.** The diesel's class-exclusive single-sequential turbocharger features a compactly designed, dual-sided compressor wheel that helps efficiently generate the best horsepower and standard diesel torque in the class.

**Upfits powered any time.** Whether the truck is in motion or at a complete stop, our class-exclusive live-drive power take-off (PTO) provision lets you power upfits any time the diesel engine is running. It keeps the job going with an output gear linked directly to the engine crankshaft.



800 LB.-FT.   400 HP

Engine speed (rpm)

## 6.2L 2-VALVE V8 GAS

**Serious low-rpm torque.** The gas engine's stiff SOHC valvetrain with roller-rocker shafts enables an intake- and exhaust-port layout that optimizes airflow for lots of torque when you need it most.

**Balanced performance.** Dual-equal variable cam timing phases the intake- and exhaust-valve opening and closing events simultaneously to optimize fuel economy, low-end torque and peak horsepower. Plus, using 2 spark plugs per cylinder helps the fuel-air mixture burn efficiently, contributing to fuel economy and engine torque.



405 LB.-FT.[2]   385 HP[2]

Engine speed (rpm)
Certified to SAE J1349.

| Engine | 6.7L V8 Turbo Diesel | 6.2L 2-Valve V8 Gas[3] |
|---|---|---|
| Configuration | OHV (32-valve) | SOHC |
| Fuel injection | High-pressure common-rail | Sequential electronic |
| Induction system | Single-sequential turbocharger; charged air cooler | Specially tuned |
| Battery | Dual 12-volt; 750-CCA/78-amp-hr | 12-volt; 650-CCA/72-amp-hr |
| Alternator | 157-amp (single 200-amp or dual combined 357-amp, optional) | 157-amp (single 200-amp, optional) |
| Oil-life monitor | Intelligent Oil-Life Monitor® | Oil-minder system |
| Cylinder heads | Aluminum | Aluminum |
| Block material | Compacted graphite iron | Cast iron |
| Valve operation | Push rod/rocker arms | Roller-rocker shaft |
| Camshaft drive | Gear | Silent chain |
| Bore/stroke | 3.90"/4.25" | 4.02"/3.74" |
| Compression ratio | 16.2:1 | 9.8:1 |
| Horsepower/rpm | 400 @ 2,800 | 385 @ 5,500/316 @ 4,179[2] |
| Torque lb.-ft./rpm | 800 @ 1,600 | 405 @ 4,500/397 @ 4,179[2] |
| Recommended fuel | Ultra-low-sulfur diesel or B20 (containing 20% or less biodiesel) | Regular unleaded or E85 Bi-fuel capable LPG or CNG (requires upfit) |
| **Transmission** | **6-speed SelectShift automatic** | **6-speed SelectShift automatic** |
| Gear ratios | 1st - 3.97:1, 2nd - 2.31:1, 3rd - 1.51:1, 4th - 1.14:1, 5th - 0.85:1, 6th - 0.67:1, Reverse - 3.12:1 | 1st - 3.97:1, 2nd - 2.31:1, 3rd - 1.51:1, 4th - 1.14:1, 5th - 0.85:1, 6th - 0.67:1, Reverse - 3.12:1 |
| PTO[1] | Live-drive access on driver's side | — |



F-250 XL Crew Cab. Oxford White. Available equipment.

[1]Available feature. [2]405 lb.-ft. of torque and 385 hp, 10,000 lbs. GVWR and under. 397 lb.-ft. of torque and 316 hp, 10,001 lbs. GVWR and up. [3]Certified to SAE J1349.

Information Provided by:

GVWR and up. Certified to SAE J1349.

**14 SUPER DUTY®**
ford.com



BUILT Ford TOUGH®



## OUT-HAULS THEM ALL.

Super Duty® fully supports your work ethic by offering all the right tools to ease loading, accessing and managing the heaviest payloads in the class. With our class-exclusive tailgate step¹ (shown), you just open the tailgate, drop down the skid-resistant step, grab the flip-up bar and walk right up into the bed. Plus, you'll haul the heaviest loads with confidence thanks to our AdvanceTrac® with class-exclusive RSC® (Roll Stability Control™), which utilizes 2 gyroscopic sensors to help keep all 4 wheels firmly planted.² It automatically helps avoid skidding and fishtailing, and is particularly beneficial in inclement weather. Work smarter with Super Duty.

CLASS-BEST MAX. PAYLOAD    7,260 LBS.³          ROLL STABILITY    CONTROL¹          TORSION SPRING    TAILGATE ASSIST

F-250 XL Regular Cab 4x2. XL Appearance Package. Oxford White. Available equipment.

¹Available feature. ²SRW models only. Engine-only traction control on DRW models. Remember that even advanced technology cannot overcome the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions. ³When properly equipped. F-350 DRW Regular Cab 4x2.

14 SUPER DUTY®
ford.com



# THRIVES UNDER PRESSURE.

Super Duty® easily tows up to 24,700 lbs.[1] with its 5th-wheel capability. And it offers best-in-class maximum conventional towing capability.[1] Plus, it's the only truck in the class with trailer sway control standard on both SRW and DRW models. The system, which monitors the motions of your truck to detect trailer sway, can help you maintain control of both the truck and the trailer by selectively braking as needed.[2] When you're negotiating an incline in Drive or in Reverse, standard hill start assist helps you out by momentarily maintaining brake pressure until the engine delivers enough torque to move the truck uphill. On diesel models, integrated engine-exhaust braking helps improve grade descent control with less wear and tear on the brakes and transmission. Like all of the best leaders, Super Duty handles tough jobs with the utmost confidence.



CLASS-BEST
CONV. TOWING

**18,500-LB.
MAXIMUM**[1]

CONTROLS · SWAY

HILL START · ASSIST

F-350 PLATINUM Crew Cab DRW 4x4. Ruby Red. Available equipment.

[1]When properly equipped. [2]Remember that even advanced technology cannot overcome the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions.



Information Provided by:
DEALER
E-PROCESS

**14SUPER DUTY**®
ford.com



BUILT
TOUGH













# HITS THE GROUND TOWING.

Thanks to our 5th-Wheel/Gooseneck Trailer Tow Prep Package and Ford Custom Accessories 5th-Wheel and Gooseneck Hitch Kits[1] by Reese® — all factory installed. With Super Duty,® you also get the strength of an under-the-bed-frame crossmember[2] and the utility of a flat cargo bed floor. PowerScope® trailer tow mirrors[2] and an in-bed 7-pin connector[2] are class exclusives. The LCD productivity screen[2] offers a pre-towing checklist and recalls settings for different trailers. There's even a factory-installed, integrated trailer brake controller[2] to balance the performance of the truck's brakes and electric trailer brakes.[3] Plus, the rear view camera[2] displays its full-color image in your rearview mirror or on the 8" MyFord Touch®[2] screen. Ready, set, tow.

[1]5th-Wheel Hitch available with 8' box only. See your Ford Dealer for details. [2]Available feature. [3]Trailer brake controller verified to be compatible with electrically actuated drum brakes and certain electric-over-hydraulic brake systems. See your Ford Dealer for details.



14**SUPER DUTY**
ford.com



# PERSONALIZES YOUR CONTROL.

Voice-activated Ford SYNC®¹ with 911 Assist® delivers hands-free calls, Bluetooth®-streaming music and more with simple voice commands. Once paired, it can download your contacts and play music from your smartphone, MP3, USB or iPod.® Just touch a button on the steering wheel and say things like "Call: Shipping" or "Play playlist: Country." SYNC with MyFord Touch®¹ adds an 8" color LCD touch screen and closable dash-top storage with a media hub and more inside. You can use voice commands, touch the 8" screen, or use the knobs and buttons below it to operate MyFord Touch. SiriusXM Satellite Radio² includes a 6-month trial subscription that brings you over 130 channels including commercial-free music, plus sports, news, talk, comedy and entertainment. Pair it with the voice-activated Navigation System,² which includes SiriusXM Traffic and Travel Link as part of the trial, and you'll have the ability to look up fuel prices, check local and national weather, and get detailed information on traffic speed, accidents, construction and road closings. It's all just a touch away.







LARIAT 4x4. Charcoal Black interior. Available equipment.

¹Available feature. Driving while distracted can result in loss of vehicle control. Only use SYNC/MyFord Touch/other devices, even with voice commands, when it is safe to do so. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. ²Available feature.



**14 SUPER DUTY**
ford.com





## CELEBRATES YOUR SUCCESS.

Especially when you choose the top-of-the-line Super Duty® PLATINUM. Express your style with its premium leather-trimmed seating in your choice of Pecan or Charcoal Black, both featuring a tuxedo stripe design and exclusive "PLATINUM" embroidery. Maintain your climate-control independence with its dual-zone electronic automatic temperature control. And rely on its convenient memory feature to recall your personalized settings in an instant, including the position of the power trailer tow mirrors, the 10-way power driver's seat, and the power-adjustable brake and accelerator pedals. Whichever trim you select, the 2014 Super Duty clearly conveys your hardworking ethics and your drive to succeed.

HEATED/COOLED FRONT SEATS[1]          AUDIO SYSTEM FROM SONY®[1]          HEATED STEERING[1]

PLATINUM Crew Cab 4x4. Pecan leather trim. Available equipment.

[1]Available feature.




Information Provided by:
DEALER
E-PROCESS

14SUPER DUTY®
ford.com





# SUPPORTS YOUR PRODUCTIVITY.

Dual USB ports recharge your devices while they're connected to the SYNC® with MyFord Touch®[1] media hub. The industrial-grade Tough Bed® factory-installed, spray-in bedliner[1] helps shield your investment. Lockable under-seat storage in the center of the 40/20/40 split front seat[1] offers a discreet place to stow small items. The flow-through center console[1] includes a 110-volt power outlet and two 12-volt powerpoints. The stowable bed extender,[1] made of rugged fiberglass-reinforced polypropylene, lets you haul more with the tailgate down or secure smaller loads with it up. And the 60/40 split flip-up/fold-down rear bench seat includes lockable under-seat partitioned storage[1] on certain Crew Cab models. From electronics to cargo and beyond – Super Duty® streamlines your workday.

[1]Available feature.



Information Provided by:

14**SUPER DUTY**
ford.com



# CONQUERS THE TOUGHEST TERRAIN.

Thanks in part to its durable coil-spring front suspension, part of the heavy-duty independent Twin-I-Beam setup on 4x2s and rugged twin-coil monobeam setup on 4x4s. XL and XLT 4x4s feature a solid front axle and manual locking hubs for excellent articulation and reliability. LARIAT, KING RANCH® and PLATINUM 4x4s include electronic shift-on-the-fly operation, allowing you to change drive settings with the turn of a dial on the instrument panel. Our electronic-locking rear differential¹ uses a true mechanical dog-clutch mechanism to lock the rear axle shafts together so they turn at the same speed, which helps maximize your gripping power. Go further in a Super Duty® 4x4.

**Off-road confidence.** Hill Descent Control™² helps maintain the truck's speed on steep declines, so you can concentrate on maneuvering. This class-exclusive feature is included in the FX4 Off-Road Package, along with transfer case and fuel tank skid plates, Rancho® shocks and box-side decals.

**Real-time feedback.** Our class-exclusive off-road display monitors the truck's pitch angle, bank angle and wheel direction to help you negotiate challenging situations in 4x4 LOW. It's included with the LCD productivity screen¹ on SRW 4x4 models.

**Front Suspension**
Twin-I-Beam (F-250/F-350 4x2); solid Twin-Coil Monobeam axle (F-250/F-350 4x4, F-450 4x4)
Axle (rating @ ground) –
5,250 lbs. (F-250/F-350 4x2);
6,000 lbs. (F-250/F-350/F-450 4x4)
Springs – Coil
Shock absorbers – 1.38" gas type
Stabilizer bar – Standard

**Rear Suspension**
Solid axle
Axle (rating @ ground) –
6,200 lbs. (F-250); 7,280 lbs. (F-350 SRW);
9,650 lbs. (F-350 DRW/F-450)
Springs – Leaf
Shock absorbers – 1.38" gas type
Stabilizer bar – Standard on DRW;
optional in package on SRW

**Steering**
Assist – Power
Overall ratio – 20.49:1 (F-250/F-350 4x2);
20.41:1 (F-250/F-350 4x4); 20.41:1 average (F-450)

**Brakes**
Power 4-wheel vented-disc with ABS (standard)
Front and rear (rotor diameter) – 14.29"

**Wheels**
Steel or aluminum
Size – 17," 18" or 20" (F-250/F-350); 17" (F-450)
Number of studs – 8
Bolt-circle diameter – 6.69" (170-mm) SRW;
7.87" (200-mm) F-350 DRW/F-450



*F-350 LARIAT Crew Cab 4x4. Blue Jeans/Sterling Gray two-tone. Chrome Package. Available equipment.*

¹Available feature. ²SRW models only.



14 **SUPER DUTY**
ford.com





   

*F-250 XL Crew Cab in Oxford White customized with 5" black step bars, fog lamps, smoked hood and side window deflectors, heavy-duty splash guards, commercial-grade tool/cargo box by Delta,[®] and Ford Commercial Graphics by 3M Original Wraps[®]*

*5th-wheel hitch kits (18K, 25K)*

*All-weather floor mats*

*Remote start systems*

*Wheel-well liners*

**Exterior**
Exhaust tip
Hitch-mounted bike carriers[1]
Hood protector[1]
Splash guards
Sportz[®] tents[1]
Stainless steel wheel covers[1]
Step bars
Trailer towing accessories
Wheel lock kit

**Interior**
Ash cup/coin holders
Cargo organizers and protectors
Carpeted floor mats
Leather-trimmed interior seating[1]
Protective seat covers[1]

**Bed Products**
Bed extenders, mats and liners
Cable lock[1]
Retractable stake pocket tie-downs[1]
Tonneau covers[1]

**Electronics**
Crew Chief™ powered by Telogis[®1]
Keyless entry keypad
Portable DVD rear-seat entertainment systems[1]
Remote Access
Speed control
Vehicle security systems
Warning sensor systems[1]

# SUPER DUTY® SPECIFICATIONS

## STANDARD FEATURES

**Mechanical**
97,500-mile tune-up interval[2] (gas engine)
Battery saver
Conventional spare tire/wheel/jack with underframe carrier (crank-down type)
Engine-only traction control (EOTC) (DRW only)
Fail-Safe Engine Cooling System (gas engine)
Fuel tank – 26-gallon capacity (F-250/F-350 137", 142" and 156" WB with diesel engine)
Fuel tank – 35-gallon capacity (gas engine)
Fuel tank – 37.5-gallon capacity (F-250/F-350 158" and 172" WB with diesel engine, and F-450)
Power steering
Stabilizer bar – Front
Stabilizer bar – Rear (DRW only)
Stainless steel exhaust system (major components)
Stationary elevated idle control (SEIC)[3]
Steering damper
Tire Pressure Monitoring System (SRW only; excludes spare)
Trailer hitch receiver – 12.5K (2") Built Ford Tough[®] (SRW with gas engine; SRW with diesel engine and 137" and 142" WB)
Trailer hitch receiver – 14K (2.5") Built Ford Tough (SRW with diesel engine and 156", 158" and 172" WB)
Trailer hitch receiver – 15K (2.5") Built Ford Tough (DRW with 156" and 158" WB; DRW with gas engine and 172" WB)
Trailer hitch receiver – 18.5K (2.5") Built Ford Tough (F-350 DRW with diesel engine and 172" WB; F-450)
Trailer hitch receiver – 2" sleeve reducer (vehicles with 2.5" receiver)

**Interior**
Assist and ride handles
Coat hooks – 1 (Regular Cab); 2 in rear of cab (SuperCab and Crew Cab)
Dome light (front and rear with Crew Cab)
Overhead console with garage door opener storage and sunglasses storage (SuperCab and Crew Cab)
Powerpoints – 12-volt, 2 on instrument panel
Windows – Flip-open rear quarter (SuperCab)

**Exterior**
7-/4-pin trailer tow connector and trailer brake wiring kit (in-cab; no controller)
Bumpers – Front and rear step
Cargo box – Cargo tie-down hooks (4 in 6¾' box; 6 in 8' box)
Cargo box – Integrated lamp with center high-mounted stop lamp
Cargo box – Partitionable and stackable with stake pockets
Dual-beam jewel-effect headlamps
Intelligent 3-blink turn signal
Roof clearance lamps (DRW)
Underhood service lamp
Windshield wipers – Intermittent

**Safety & Security**
AdvanceTrac® with RSC® (Roll Stability Control™) (SRW only)
Airbags[4] – Driver and right-front-passenger front
Airbags[4] – Front-seat side
Airbags[4] – Safety Canopy® System with roll-fold side-curtain airbags
Belt-Minder® front safety belt reminder
Brake/shift interlock
Brakes – Power 4-wheel vented-disc with Anti-Lock Brake System (ABS)
Child-safety-seat top tether anchors (Regular Cab front passenger and all rear-seat positions)
Fuel pump inertia shutoff switch
Headlamps-on, key-in-ignition and door ajar alert chimes
Passenger airbag deactivation switch (Regular Cab, SuperCab)
Safety belts – Energy-management retractors at front-outboard positions
Safety belts – Height-adjustable at front-outboard positions
SecuriLock® Passive Anti-Theft System
Side-intrusion door beams
SOS Post-Crash Alert System™
Spare tire/wheel lock



accessories.ford.com

[1]Ford Licensed Accessory. [2]Under normal driving conditions with routine fluid and filter changes. [3]Final-stage manufacturer must supply control switches. [4]Always wear your safety belt and follow airbag warning label instructions.

**14SUPER DUTY**
ford.com



# XL



*F-250 XL Regular Cab 4x2. Sterling Gray. XL Appearance Package. Available equipment.*



*XL Regular Cab. Steel HD vinyl trim. XL Appearance Package. Available equipment.*



## Includes all standard features, plus:

### Mechanical

6.2L SOHC 2-valve Gas V8 Flex Fuel E85-capable engine (n/a on F-450)
6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)
TorqShift® heavy-duty 6-speed SelectShift® automatic transmission
Alternator – 157-amp heavy-duty
Hill start assist
Integrated trailer brake controller (DRW)
Manual 4-Wheel-Drive System with manual locking hubs (4x4 models only)
Trailer sway control
17" argent-painted steel wheels (F-250/F-350)
17" polished forged-aluminum wheels (F-450)
LT245/75R17 all-season BSW tires

### Seating

40/20/40 split front seat with armrest, cupholders and storage
60/40 split flip-up rear seat (SuperCab only)
60/40 split flip-up/fold-down rear bench seat with outboard and center head restraints (Crew Cab only)
HD vinyl seats
Lumbar support for driver's seat

### Interior

AM/FM stereo with digital clock and 2 speakers
Air conditioning
Climate controls – Manual
Door locks – Manual
Flooring – Black vinyl

Message center – Multifunction plus trip computer includes odometer, trip odometer, engine oil monitor, engine-hour meter, engine-idle meter (gas engine only), distance to empty, average fuel economy, warning messages, system check, language selection and Ice Blue® Lighting
Mirror – Manual day/night rearview
MyKey®
Steering column – Manual tilt/telescoping
Steering wheel – Black urethane with 3-button message center controls
Visors with passenger mirror
Window – Rear, fixed-glass
Windows – Manual

### Exterior

Bumpers – Black-painted with grained top cover
Cab steps – 6" angular black molded (DRW only)
Cargo box – Black box top and tailgate moldings
Door handles – Black
Glass – Solar-tinted
Grille – Black
Mirrors – Manually telescoping trailer tow with 2-way fold and manual glass
Quick-release tailgate with tailgate assist and lock
Tow hooks – Black, 2 in front

## Available Options

### Mechanical

6.7L Power Stroke V8 Turbo Diesel B20-capable engine (standard on F-450)
Electronic shift-on-the-fly (ESOF) 4-Wheel-Drive System with auto/manual locking hubs (4x4 models only)
5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[1]
Gooseneck hitch kit[1]
Alternator – Single, 200-amp extra-heavy-duty
Alternators – Dual, 357-amp total (diesel engine only)
Engine block heater (standard in 15 cold-weather states)
Integrated trailer brake controller (standard on F-350 DRW/F-450)
Operator-commanded exhaust filter regeneration (diesel engine only)
Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)
Rear axle – Electronic-locking (F-250/F-350 SRW only)
Rear axle – Limited-slip (F-350 DRW only; standard on F-450)
17" 6-spoke cast-aluminum wheels – 4 (F-250/F-350 SRW)
17" polished-forged-aluminum wheels – 4 (F-350 DRW)

18" argent-painted steel wheels – 4 (F-350 SRW)
Stainless steel wheel covers (requires 17" argent-painted steel DRW wheels)[2]
LT245/75R17 all-terrain BSW tires – 5
LT265/70R17 all-terrain OWL tires – 4 (F-250-F/350 SRW)
LT275/65R18 all-season BSW tires – 5 (F-350 SRW)
LT275/70R18 all-terrain BSW tires – 4 (F-350 SRW 4x4)

### Seating

40/20/40 split cloth front seat with armrest, cupholders and storage
40/mini-console/40 front bucket seats (HD vinyl or cloth)

### Interior

Ford SYNC® voice-activated, in-vehicle connectivity system with SYNC AppLink™ (requires XL Value Package or XL Appearance Package, and steering wheel-mounted audio controls)
Rapid-heat supplemental cab heater (requires diesel engine and alternator upgrade)
Remote Start System (requires Power Equipment Group)
Steering wheel-mounted audio controls (requires SYNC)
Upfitter switches located on instrument panel (4)

### Exterior

Bed mat (restrictions apply)
Bedliner – Plastic drop-in
Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts
Cab steps – 6" angular black molded (standard on DRW)
Cable Lock by Master Lock®[2]
Crew Chief™ powered by Telogis®[2] – Fleet tracking system (includes 1 year of Crew Chief service)
Exterior backup alarm[2]
Pickup box delete (F-250/F-350 only; requires 8' box; n/a with Snow Plow or FX4 Off-Road Package)
Roof clearance lamps (standard on DRW)
Skid plates – Transfer case and fuel tank (4x4 only)
Soft roll-up tonneau cover[2]
Splash guards (front and rear on SRW; rear only on DRW)
Tailgate step includes step, tailgate assist and grab bar
Wheel-well liners (SRW only)

## Available Packages

**XL Appearance Package[3]** (n/a with XL Value Package) includes AM/FM stereo/single-CD player with MP3 capability, digital clock, 4 speakers, cruise control, 17" argent-painted steel wheels with bright center caps (SRW only), chrome grille surround, and chrome bumpers

**XL Value Package** (n/a with XL Appearance Package) includes AM/FM stereo/single-CD player with MP3 capability, digital clock, 4 speakers, cruise control, 17" argent-painted steel wheels with bright center caps (SRW only), and chrome bumpers

**5th-Wheel/Gooseneck Trailer Tow Prep Package** includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**11,400-lb. GVWR Package** (F-350 SRW 4x4 and F-350 SRW SuperCab/Crew Cab 4x2 with 8' box; requires 18" wheels and diesel engine)

**Camper Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs on F-250 (restrictions apply)

**CNG/LPG Gaseous Engine Prep Package** includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

**FX4 Off-Road Package** includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

**Heavy-Service Front Suspension Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

**Power Equipment Group** includes power door locks and front windows (plus rear on Crew Cab) with front one-touch-down feature; manually telescoping trailer tow mirrors with 2-way fold, power/heated glass, heated manual/spotter mirrors, and integrated clearance lamps and turn signal indicators; accessory delay; Remote Keyless Entry System with 2 integrated keyhead transmitter remotes; and anti-theft perimeter alarm

**Snow Plow Prep Package** includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)

[1]Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details. [2]Ford Licensed Accessory. See your dealer for limited warranty details. [3]Late availability.



Argent-Painted Steel
17" Standard: **F-250/F-350 SRW**
18" Optional: **F-350 SRW**



17" Argent-Painted Steel w/Bright Center Cap
Included: **F-250/F-350 SRW** w/Value Package or Appearance Package



17" Argent-Painted Steel Standard: **F-350 DRW**



17" Argent-Painted Steel w/Stainless Steel Cover
Optional: **F-350 DRW**



17" Polished Forged-Aluminum
Standard: **F-450 DRW**
Optional: **F-350 DRW**



17" 6-Spoke Cast-Aluminum
Optional: **F-250/F-350 SRW**

# XLT



F-350 XLT Crew Cab 4x4. Ingot Silver. XLT Premium Package.
Available equipment.



XLT Crew Cab. Steel cloth trim. Flow-through center console.
Available equipment.

Includes all XL features, plus:

## Mechanical

Integrated trailer brake controller (SRW)

17" 6-spoke cast-aluminum wheels (SRW)

## Seating

4-way adjustable driver and right-front-passenger head restraints

40/20/40 split front seat with center under-seat lockable storage with 12-volt powerpoint and center armrest with cupholders and storage

60/40 split flip-up/fold-down rear bench seat with bag hooks, dual integrated cupholders and tray, outboard head restraints, center head restraint, and lockable under-seat partitioned storage with 12-volt powerpoint (Crew Cab only)

Cloth seats

## Interior

AM/FM stereo/single-CD player with MP3 capability, digital clock, 4 speakers and auxiliary audio input jack

Ford SYNC® voice-activated, in-vehicle connectivity system with SYNC AppLink™

Accessory delay for power features

Cruise control

Door locks – Power

Flooring – Color-coordinated carpet

Flooring – Color-coordinated carpeted floor mats

Steering wheel – Black urethane with secondary audio, cruise and 5-button message center controls

Visors with covered driver and passenger mirrors

Windows – Power with front one-touch-down feature

## Exterior

Anti-theft perimeter alarm

Bumpers – Chrome with grained top cover

Glass – Privacy (rear doors and rear window)

Grille – Chrome

Mirrors – Manually telescoping trailer tow with 2-way fold, power/heated glass, heated manual spotter mirrors, and integrated clearance lamps and turn signal indicators

Remote Keyless Entry System with 2 integrated keyhead transmitter remotes

## Available Options

### Mechanical

6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)

Electronic shift-on-the-fly (ESOF) 4-Wheel-Drive System with auto/manual locking hubs (4x4 models only)

5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[1]

Gooseneck hitch kit[1]

Alternator – Single, 200-amp extra-heavy-duty

Alternators – Dual, 357-amp total (diesel engine only)

Engine block heater (standard in 15 cold-weather states)

Operator-commanded exhaust filter regeneration (diesel engine only)

Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)

Rear axle – Electronic-locking (F-250/F-350 SRW only)

Rear axle – Limited-slip (F-350 DRW; standard on F-450)

17" polished forged-aluminum wheels – 4 (F-350 DRW)

18" cast-aluminum wheels – 4 (F-250/F-350 SRW)

Stainless steel wheel covers (requires 17" argent-painted steel DRW wheels)[2]

LT245/75R17 all-terrain BSW tires – 5 (F-350 DRW/F-450)

LT245/75R17 all-terrain OWL tires – 4 (F-350 DRW/F-450)

LT265/70R17 all-terrain OWL tires – 4 (F-250/F-350 SRW)

LT275/65R18 all-season BSW tires – 5 (F-250/F-350 SRW)

LT275/70R18 all-terrain BSW tires – 4 (F-250/F-350 SRW 4x4)

LT275/70R18 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

### Seating

40/console/40 front bucket seats with 6-way power driver's seat and flow-through center console with lockable storage, two 12-volt powerpoints and a 110-volt power outlet (SuperCab and Crew Cab only)

## Interior

SiriusXM Satellite Radio with 6-month trial subscription

Flooring – Black all-weather floor mats (deletes carpeted floor mats)

Rapid-heat supplemental cab heater (requires diesel engine and alternator upgrade)

Rear view camera (requires XLT Interior Package, XLT Value Package or XLT Premium Package)

Remote Start System

Upfitter switches located on instrument panel (4)

Window – Rear, manual-sliding with privacy glass (Regular Cab only)

Window – Rear, power-sliding with privacy glass and defroster (SuperCab and Crew Cab only)

## Exterior

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts

Body-color bodyside moldings (SRW SuperCab and Crew Cab only)

Cab steps – 6" angular black molded (standard on DRW)

Cab steps – 5" chrome tubular (SuperCab and Crew Cab only)

Cable Lock by Master Lock®[2]

Crew Chief™ powered by Telogis®[2] – Fleet tracking system (includes 1 year of Crew Chief service)

Exterior backup alarm[2]

Mirrors – PowerScope® power-telescoping/-folding trailer tow with power/heated glass, heated manual spotter mirrors, and integrated clearance lamps and turn signal indicators

Pickup box delete (F-250/F-350 only; requires 8' box; n/a with 20" wheels or FX4 Off-Road Package)

Reverse Sensing System (n/a with pickup box delete)

Roof clearance lamps (standard on DRW)

Skid plates – Transfer case and fuel tank (4x4 only)

Soft roll-up tonneau cover[2]

Splash guards (front and rear on SRW; rear only on DRW)

Stowable bed extender (F-250/F-350 SRW only)

Tailgate step includes step, tailgate assist and grab bar

Wheel-well liners (SRW only)

## Available Packages

XLT Interior Package includes 6-way power driver's seat, power-adjustable pedals, autolamp/rainlamp, autolock/unlock and SecuriCode™ keyless entry keypad

XLT Value Package includes XLT Interior Package, LCD productivity screen, auto-dimming rearview mirror, Reverse Sensing System and fog lamps

XLT Premium Package includes XLT Interior Package, chrome exhaust tip, chrome tow hooks, unique chrome mirror caps, chrome cargo tie-down hooks, 6" chrome angular cab steps, 18" chrome-clad aluminum wheels with LT275/65R18 all-season BSW tires (on SRW only), LCD productivity screen, auto-dimming rearview mirror, compass, fog lamps and steering wheel-mounted audio controls (requires PowerScope mirrors; SuperCab and Crew Cab only)

5th-Wheel/Gooseneck Trailer Tow Prep Package includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall (n/a with stowable bed extender)

9,900-lb. GVWR Package (F-250)

10,000-lb. GVWR Package (F-350 SRW)

11,400-lb. GVWR Package (F-350 SRW 4x4 and F-350 SRW SuperCab/Crew Cab 4x2 with 8' box; requires 18" wheels and diesel engine)

Camper Package includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs for F-250 (restrictions apply)

CNG/LPG Gaseous Engine Prep Package includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

FX4 Off-Road Package includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

Heavy-Service Front Suspension Package includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

Snow Plow Prep Package includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)

[1]Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details. [2]Ford Licensed Accessory. See your dealer for limited warranty details.



17" Argent-Painted Steel
Standard: F-350 DRW



17" Argent-Painted Steel w/Stainless Steel Cover
Optional: F-350 DRW



17" Polished Forged-Aluminum
Standard: F-450 DRW
Optional: F-350 DRW



17" 6-Spoke Cast-Aluminum
Standard: F-250/F-350 SRW



18" Chrome-Clad Aluminum
Included: F-250/F-350 SRW w/Premium Package



18" Cast-Aluminum
Optional: F-250/F-350 SRW

# LARIAT



*F-450 LARIAT Crew Cab 4x4. White Platinum/Pale Adobe two-tone. Chrome Package. Available equipment.*



*LARIAT Crew Cab. Charcoal Black leather trim. Available equipment.*

Includes all XLT features, plus:

## Mechanical

Alternator – 200-amp extra-heavy-duty

Electronic shift-on-the-fly (ESOF) 4-Wheel-Drive System with auto/manual locking hubs (4x4 models only)

17" polished forged-aluminum wheels (F-350 DRW/F-450)

18" bright-machined cast-aluminum wheels (SRW)

LT275/65R18 all-season BSW tires – 5 (SRW)

## Seating

40/console/40 front bucket seats and flow-through center console with lockable storage, two 12-volt powerpoints and a 110-volt power outlet

10-way power driver and front-passenger seats

Leather-trimmed seats

## Interior

Premium Sound System includes AM/FM stereo/single-CD player with MP3 capability and 8 speakers with subwoofer (SuperCab only)

Premium Audio System from Sony® includes AM/FM stereo/single-CD player with MP3 capability, digital clock, and 8 speakers with subwoofer (Crew Cab only)

SYNC® with MyFord Touch® includes an 8" color LCD touch screen in center stack; dash-top closable storage with media hub (2 USB ports, SD card reader, audio/video input jacks, and 12-volt powerpoint); and SYNC Services[1]

SiriusXM Satellite Radio with 6-month trial subscription

[1]SYNC Services varies by trim level and model year and may require a subscription. Traffic alerts and turn-by-turn directions available in select markets. Message and data rates may apply. Ford Motor Company reserves the right to change or discontinue this product service at any time without prior notification or incurring any future obligation. [2]Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details. [3]Ford Licensed Accessory. See your dealer for limited warranty details.

Dual-zone electronic automatic temperature control

Message center – Driver-configurable enhanced information center with LCD productivity screen includes gauge setup, compass, trip computer, fuel economy and towing/off-road applications, SelectShift® controls, Ice Blue® Lighting, halo lighting and daytime illumination

Mirror – Auto-dimming rearview

Power-adjustable pedals

Power outlet – 110-volt on instrument panel

Rear view camera

Steering wheel – Color-coordinated leather-wrapped with secondary audio, cruise and 5-button message center controls

Visors with illuminated driver and passenger mirrors

Window – Rear, power-sliding with privacy glass and defroster

Woodgrain-style instrument panel accents

## Exterior

Autolamp automatic on/off headlamps with rainlamp feature

Cab steps – 5" chrome tubular (DRW)

Door handles – Body-color

Fog lamps

Mirrors – PowerScope® power-telescoping/-folding trailer tow with power/heated glass, heated manual spotter mirrors, and integrated clearance lamps and turn signal indicators

Reverse Sensing System

SecuriCode™ keyless entry keypad

## Available Options

### Mechanical

6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)

5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[2]

Gooseneck hitch kit[2]

Alternators – Dual, 357-amp total (diesel engine only)

Engine block heater (standard in 15 cold-weather states)

Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)

Rear axle – Electronic-locking (F-250/F-350 SRW only)

Rear axle – Limited-slip (F-350 DRW; standard on F-450)

20" premium cast-aluminum wheels – 4 (F-250/F-350 SRW 4x4 only)

20" chrome-clad aluminum wheels – 4 (requires Chrome Package; F-250/F-350 SRW 4x4 diesel engine only)

LT245/75R17 all-terrain BSW tires – 5 (F-350 DRW/F-450)

LT245/75R17 all-terrain OWL tires – 4 (F-350 DRW/F-450)

LT275/70R18 all-terrain BSW tires – 4 (F-250/F-350 SRW 4x4)

LT275/70R18 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

LT275/65R20 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

### Seating

40/20/40 split leather-trimmed front seats, center under-seat lockable storage with 12-volt powerpoint, and center armrest with cupholders and storage

Heated rear outboard seats (requires LARIAT Interior Package or LARIAT Ultimate Package; Crew Cab only)

### Interior

Navigation System with Premium Sound System includes HD Radio™ Technology, AM/FM stereo/single-CD player with MP3 capability, USB port, in-dash touch screen, voice-activated controls, SiriusXM Traffic and Travel Link capability, digital clock and 8 speakers with subwoofer

Flooring – Black all-weather floor mats (deletes carpeted floor mats)

Rapid-heat supplemental cab heater (requires diesel engine)

Remote Start System

Universal garage door opener

Upfitter switches located on instrument panel (4)

### Exterior

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts

Body-color bodyside moldings (SRW only)

Cab steps – 5" chrome tubular (standard on DRW)

Cable Lock by Master Lock®[3]

Crew Chief™ powered by Telogis®[3] – Fleet tracking system (includes 1 year of Crew Chief service)

Exterior backup alarm[3]

Power-sliding moonroof (Crew Cab only)

Roof clearance lamps (standard on DRW)

Skid plates – Transfer case and fuel tank (4x4 only)

Soft roll-up tonneau cover[3]

Splash guards (front and rear on SRW; rear only on DRW)

Stowable bed extender (F-250/F-350 SRW only)

Tailgate step includes step, tailgate assist and grab bar

Two-tone lower-accent paint (includes accent-color wheel-lip moldings on SRW)

Wheel-well liners (SRW only)

## Available Packages

**LARIAT Interior Package** includes easy entry/exit memory, power, heated/cooled driver's seat; power, heated/cooled front-passenger seat; memory, power trailer tow mirrors; memory, power-adjustable pedals; and Remote Start System

**LARIAT Ultimate Package** includes easy entry/exit memory, power, heated/cooled driver's seat; power, heated/cooled front-passenger seat; memory, power trailer tow mirrors; memory, power-adjustable pedals; power moonroof; Navigation System; tailgate step; and Remote Start System (Crew Cab only; restrictions apply)

**5th-Wheel/Gooseneck Trailer Tow Prep Package** includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall (n/a with stowable bed extender)

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**11,400-lb. GVWR Package** (F-350 SRW 4x4 and F-350 SRW SuperCab/Crew Cab 4x2 with 8' box; requires 18" wheels and diesel engine)

**Camper Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs on F-250 (restrictions apply)

**CNG/LPG Gaseous Engine Prep Package** includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

**FX4 Off-Road Package** includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

**Heavy-Service Front Suspension Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

**Snow Plow Prep Package** includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)



17" Polished Forged-Aluminum
Standard: **F-350 DRW/F-450**



18" Bright-Machined Cast-Aluminum
Standard: **F-250/F-350 SRW**



18" Chrome-Clad Aluminum
Included: **F-250/F-350 SRW w/Chrome Package**



20" Premium Cast-Aluminum
Optional: **F-350 SRW 4x4**



20" Chrome-Clad Aluminum
Optional: **F-250/F-350 SRW 4x4 w/Chrome Package**

# KING RANCH®





*F-450 KING RANCH Crew Cab 4x4. Kodiak Brown. Chrome Package. Available equipment.*
*KING RANCH Crew Cab. Chaparral leather trim. Black interior. Available equipment.*

*Includes all LARIAT features, plus:*

## Seating

Chaparral leather-trimmed seats with "KING RANCH" seat back logo

Easy entry/exit driver's seat memory feature

Heated/cooled driver and front-passenger seats

## Interior

Navigation System with HD Radio™ Technology

Flooring – Color-coordinated carpeted floor mats with King Ranch logo

Memory Group includes memory feature for power trailer tow mirrors, 10-way power driver's seat, and power-adjustable pedals

Remote Start System

Steering wheel – Chaparral leather-wrapped with secondary audio, cruise and 5-button message center controls

Unique woodgrain-style instrument panel accents

Universal garage door opener

## Exterior

Accent-color wheel-lip moldings (SRW)

Body-color bodyside moldings (SRW)

Bumpers – Accent-color monochromatic

Cab steps – Illuminated accent-color platform

Cargo box – Accent-color box top and tailgate moldings

Grille – Body-color surround with chrome insert

Mirrors – PowerScope® power-telescoping/-folding trailer tow with memory, power/heated glass, heated manual spotter mirrors, integrated clearance lamps and turn signal indicators with body-color mirror caps

Two-tone lower-accent paint

## Available Options

### Mechanical

6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)

5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[1]

Gooseneck hitch kit[1]

Alternators – Dual, 357-amp total (diesel engine only)

Engine block heater (standard in 15 cold-weather states)

Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)

Rear axle – Electronic-locking (F-250/F-350 SRW only)

Rear axle – Limited-slip (F-350 DRW; standard on F-450)

20" premium painted cast-aluminum wheels – 4 (F-250/F-350 SRW 4x4 only)

20" chrome-clad aluminum wheels – 4 (requires Chrome Package; F-250/F-350 SRW 4x4 diesel engine only; SuperCab and Crew Cab only)

LT275/70R18 all-terrain BSW tires – 4 (F-250/F-350 SRW 4x4)

LT275/70R18 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

LT275/65R20 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

LT245/75R17 all-terrain BSW tires – 5 (DRW)

LT245/75R17 all-terrain OWL tires – 4 (DRW)

### Seating

Heated rear outboard seats

### Interior

Rapid-heat supplemental cab heater (requires diesel engine)

Upfitter switches located on instrument panel (4)

### Exterior

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts

Cable Lock by Master Lock®[2]

Crew Chief™ powered by Telogis®[2] – Fleet tracking system (includes 1 year of Crew Chief service)

Exterior backup alarm[2]

Power-sliding moonroof

Roof clearance lamps (standard on DRW)

Skid plates – Transfer case and fuel tank (4x4 only)

Soft roll-up tonneau cover[2]

Splash guards (front and rear on SRW; rear only on DRW)

Stowable bed extender (F-250/F-350 SRW only)

Tailgate step includes step, tailgate assist and grab bar

Wheel-well liners (SRW only)

## Available Packages

**KING RANCH with Chrome Package** includes chrome exhaust tip, chrome tow hooks, unique chrome mirror caps, chrome cargo tie-down hooks, 6" chrome angular cab steps, and 18" chrome-clad aluminum wheels with LT275/65R18 all-season BSW tires (on SRW only)

**5th-Wheel/Gooseneck Trailer Tow Prep Package** includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall (n/a with stowable bed extender)

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**11,400-lb. GVWR Package** (F-350 SRW 4x4 and F-350 SRW SuperCab/Crew Cab 4x2 with 8' box; requires 18" wheels and diesel engine)

**Camper Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs on F-250 (restrictions apply)

**CNG/LPG Gaseous Engine Prep Package** includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

**FX4 Off-Road Package** includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

**Heavy-Service Front Suspension Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

**Snow Plow Prep Package** includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)

[1]Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details. [2]Ford Licensed Accessory. See your dealer for limited warranty details.



**17" Polished Forged-Aluminum**
Standard: **F-350 DRW/F-450**



**18" Bright-Machined Cast-Aluminum**
Standard: **F-250/F-350 SRW**



**18" Chrome-Clad Aluminum**
Included: **F-250/F-350 SRW w/Chrome Package**



**20" Premium Painted Cast-Aluminum**
Optional: **F-250/F-350 SRW 4x4**



**20" Chrome-Clad Aluminum**
Optional: **F-250/F-350 SRW 4x4 w/Chrome Package**

# PLATINUM





*F-350 PLATINUM Crew Cab 4x4, Ruby Red. Available equipment.*
*PLATINUM Crew Cab. Charcoal Black leather trim. Available equipment.*

## Includes all LARIAT features, plus:

### Mechanical

20" 7-spoke cast-aluminum wheels
with black-painted pockets (SRW)

LT275/65R20 all-terrain OWL tires (SRW)

### Seating

Premium leather-trimmed seats with tuxedo stripe
design and "PLATINUM" seat back embroidery

Easy entry/exit driver's seat memory feature

Heated/cooled driver and front-passenger seats

### Interior

Navigation System with HD Radio™ Technology

Memory Group includes memory feature for power
trailer tow mirrors, 10-way power driver's seat,
and adjustable pedals

Remote Start System

Steering wheel – Heated, premium leather-wrapped
with genuine walnut swirl wood accent, and
secondary audio, cruise and 5-button message
center controls

Unique woodgrain-style instrument panel accents

Universal garage door opener

### Exterior

Body-color bodyside moldings (SRW)

Bumpers – Body-color

Cab steps – 6" chrome angular

Cargo box – Chrome cargo tie-down hooks

Chrome exhaust tip

Door handles – Chrome with body-color bezels

Grille – Satin-chrome surround
with bright chrome bars

Mirrors – PowerScope® power-telescoping/-folding
trailer tow with memory, power/heated glass,
heated manual spotter mirrors, integrated clearance
lamps and turn signal indicators, and chrome
mirror caps

Raised chrome "PLATINUM" box-side lettering

Satin-chrome tailgate appliqué

Tailgate step includes step, tailgate assist
and grab bar

Tow hooks – Chrome, 2 in front

## Available Options

### Mechanical

6.7L Power Stroke® V8 Turbo Diesel B20-capable
engine (standard on F-450)

5th-wheel hitch kit (requires 8' box; includes
18K hitch on SRW or 25K hitch on DRW)[1]

Gooseneck hitch kit[1]

Alternators – Dual, 357-amp total
(diesel engine only)

Engine block heater
(standard in 15 cold-weather states)

Power take-off (PTO) provision allows
transmission-mounted live-drive and stationary
modes (diesel engine only)

Rear axle – Electronic-locking
(F-250/F-350 SRW only)

Rear axle – Limited-slip
(F-350 DRW; standard on F-450)

LT245/75R17 all-terrain BSW tires – 5 (DRW)

LT245/75R17 all-terrain OWL tires – 4 (DRW)

### Seating

Heated rear outboard seats

### Interior

Rapid-heat supplemental cab heater
(requires diesel engine)

Upfitter switches located on instrument panel (4)

### Exterior

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate
guard and black bed bolts

Cable Lock by Master Lock®[2]

Crew Chief™ powered by Telogis®[2] – Fleet tracking
system (includes 1 year of Crew Chief service)

Exterior backup alarm[2]

Power-sliding moonroof

Roof clearance lamps (standard on DRW)

Skid plates – Transfer case and fuel tank

Soft roll-up tonneau cover[2]

Splash guards
(front and rear on SRW; rear only on DRW)

Stowable bed extender (F-250/F-350 SRW only)

Wheel-well liners (SRW only)

## Available Packages

**5th-Wheel/Gooseneck Trailer Tow Prep
Package** includes 1 under-bed-frame crossmember,
5 pickup bed 5th-wheel/gooseneck attachment
points and close-out plugs, and an integrated
7-pin connector on the driver's side pickup bed
wall (n/a with stowable bed extender)

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**11,400-lb. GVWR Package** (F-350 SRW 4x4
and F-350 SRW SuperCab/Crew Cab 4x2 with
8' box; requires 18" wheels and diesel engine)

**Camper Package** includes front springs upgrade
(unless maximum springs have been computer-
selected as included equipment), rear stabilizer
bar (SRW), slide-in-camper certification and
auxiliary rear springs on F-250 (DRW only on
PLATINUM; restrictions apply)

**CNG/LPG Gaseous Engine Prep Package**
includes hardened engine intake valves and valve
seats and bi-fuel manifold (F-250/F-350 with
gas engine only)

**FX4 Off-Road Package** includes transfer case
and fuel tank skid plates, Hill Descent Control™
(SRW only), Rancho® shocks and FX4 Off-Road
box decals (restrictions apply)

**Heavy-Service Front Suspension Package**
includes front springs upgrade (unless maximum
springs have been computer-selected as included
equipment; restrictions apply)

**Snow Plow Prep Package** includes computer-
selected springs for snow plow application and
extra-heavy-duty alternator with diesel engine
only (4x4 only; restrictions apply)

[1]Requires 5th-Wheel/Gooseneck Trailer Tow Prep
Package. See your dealer for details. [2]Ford Licensed
Accessory. See your dealer for limited warranty details.



17" Polished Forged-Aluminum
Standard: **F-350 DRW/F-450**

20" 7-Spoke Cast-Aluminum
w/Black-Painted Pockets
Standard: **F-250/F-350 SRW**



Information Provided by:
DEALER

## EXTERIORS



**White Platinum Metallic Tri-coat**



**Oxford White**



**Ingot Silver Metallic**



**Sterling Gray Metallic**



**Pale Adobe Metallic**



**Vermillion Red**



**Ruby Red Metallic Tinted Clearcoat**



**Kodiak Brown Metallic**



**Blue Jeans Metallic**



**Green Gem Metallic**

**Tuxedo Black Metallic**

## INTERIORS



1  Steel HD Vinyl



2  Steel Cloth



3  Adobe Cloth



4  Adobe Leather



5  Charcoal Black Leather



6  Chaparral Leather



7  Pecan Leather



8  Charcoal Black Leather

| Exteriors | Two-Tone | | XL | | XLT | | LARIAT | | KING RANCH[®2] | PLATINUM | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| White Platinum Metallic Tri-coat[1] | ■ | | | | | | 4 | 5 | 6 | 7 | 8 |
| Oxford White | ■ ■ | | 1 | 2 | 2 | 3 | 4 | 5 | 6 | | |
| Ingot Silver Metallic | ■ | | 1 | 2 | 2 | | | 5 | | 8 | |
| Sterling Gray Metallic | | | 1 | 2 | 2 | | | 5 | | | |
| Pale Adobe Metallic | | | | | 2 | 3 | 4 | 5 | | | |
| Vermillion Red | | | 1 | 2 | 2 | 3 | 4 | 5 | | | |
| Ruby Red Metallic Tinted Clearcoat[1] | ■ | | | | | 3 | 4 | 5 | 6 | 8 | |
| Kodiak Brown Metallic | ■ | | | | | 3 | 4 | 5 | 6 | 7 | 8 |
| Blue Jeans Metallic | ■ ■ | | 1 | 2 | 2 | 3 | 4 | 5 | 6 | | |
| Green Gem Metallic | ■ ■ | | 1 | 2 | 2 | 3 | 4 | 5 | 6 | | |
| Tuxedo Black Metallic | ■ ■ | | 1 | 2 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

■ Pale Adobe Two-Tone Accent exterior standard on KING RANCH, optional on LARIAT
■ Sterling Gray Two-Tone Accent exterior optional on LARIAT with Charcoal Black Leather interior only

[1]Additional charge. [2]KING RANCH available in Black or Pale Adobe interior environment.
Colors are representative only. See your dealer for actual paint/trim options.

Information Provided by:

DEALER
E-PROCESS

**14 SUPER DUTY**
ford.com


BUILT Ford TOUGH

## TECHNICAL SPECIFICATIONS

   

### DIMENSIONS

| Exterior | Regular Cab LWB 4x2/4x4 | SuperCab SWB 4x2/4x4 | LWB 4x2/4x4 | Crew Cab SWB 4x2/4x4 | LWB 4x2/4x4 |
|---|---|---|---|---|---|
| A. Height – F-250 SRW (w/o options) | 76.6"/79.2" | 77.0"/79.5" | 76.9"/79.3" | 77.4"/79.7" | 77.3"/79.8" |
| A. Height – F-350 SRW (w/o options) | 76.5"/80.0" | 76.9"/80.4" | 76.7"/80.2" | 77.2"/80.8" | 77.2"/80.8" |
| A. Height – F-350 DRW (w/o options) | 76.7"/79.5" | – | 76.9"/79.7" | – | 77.3"/79.9" |
| A. Height – F-450 DRW (w/o options) | – | – | – | – | 79.7" |
| B. Width – SRW (excl. mirrors) | 79.9" | 79.9" | 79.9" | 79.9" | 79.9" |
| B. Width – DRW (excl. mirrors) | 96.0" | – | 96.0" | – | 96.0" |
| B. Width – With mirrors | 104.9" | 104.9" | 104.9" | 104.9" | 104.9" |
| B. Width – With mirrors extended | 110.0" | 110.0" | 110.0" | 110.0" | 110.0" |
| C. Ground clearance – F-250 SRW | 8.5"/8.2" | 8.5"/8.2" | 8.5"/8.1" | 8.5"/8.1" | 8.5"/8.1" |
| C. Ground clearance – F-350 SRW | 8.5"/8.2" | 8.5"/8.2" | 8.5"/8.2" | 8.5"/8.2" | 8.5"/8.2" |
| C. Ground clearance – F-350 DRW | 8.1"/8.0" | – | 8.1"/8.0" | – | 8.0"/8.0" |
| C. Ground clearance – F-450 DRW | – | – | – | – | 8.0" |
| D. Load floor height – F-250 SRW | 35.2"/36.3" | 34.8"/35.6" | 34.4"/35.4" | 34.2"/35.1" | 34.1"/35.0" |
| D. Load floor height – F-350 SRW | 34.7"/38.5" | 34.4"/37.9" | 34.1"/38.0" | 33.9"/37.8" | 33.8"/37.7" |
| D. Load floor height – F-350 DRW | 35.0"/36.4" | – | 34.3"/35.7" | – | 34.1"/35.6" |
| D. Load floor height – F-450 DRW | – | – | – | – | 35.4" |
| E. Cargo box height | 20.0" | 20.0" | 20.0" | 20.0" | 20.0" |
| F. Length | 227.6" | 232.4" | 248.6" | 246.8" | 263.0" |
| G. Overhang – Rear | 52.4" | 52.4" | 52.4" | 52.4" | 52.4" |
| H. Wheelbase | 137.0" | 141.8" | 158.0" | 156.2" | 172.4" |
| I. Overhang – Front | 38.1" | 38.1" | 38.1" | 38.1" | 38.1" |
| J. Angle of departure – F-250 SRW | 17.8°/19.2° | 17.4°/18.5° | 17.0°/18.3° | 16.7°/18.0° | 16.7°/17.9° |
| J. Angle of departure – F-350 SRW | 17.3°/21.5° | 17.0°/20.9° | 16.6°/21.1° | 16.4°/20.8° | 16.3°/20.8° |
| J. Angle of departure – F-350 DRW | 17.6°/19.3° | – | 16.9°/18.7° | – | 16.7°/18.5° |
| J. Angle of departure – F-450 DRW | – | – | – | – | 18.3° |

| Exterior | Regular Cab LWB 4x2/4x4 | SuperCab SWB 4x2/4x4 | LWB 4x2/4x4 | Crew Cab SWB 4x2/4x4 | LWB 4x2/4x4 |
|---|---|---|---|---|---|
| K. Ramp breakover angle – F-250 SRW | 17.5°/20.4° | 16.9°/19.8° | 15.8°/18.1° | 15.7°/18.1° | 15.0°/17.3° |
| K. Ramp breakover angle – F-350 SRW | 17.2°/21.5° | 16.7°/20.9° | 15.6°/19.2° | 15.5°/19.2° | 14.8°/18.2° |
| K. Ramp breakover angle – F-350 DRW | 17.5°/20.4° | – | 15.9°/18.6° | – | 15.0°/17.4° |
| K. Ramp breakover angle – F-450 DRW | – | – | – | – | 17.0° |
| L. Angle of approach – F-250 SRW | 18.0°/19.4° | 18.1°/20.1° | 18.7°/20.0° | 18.7°/20.0° | 18.9°/20.6° |
| L. Angle of approach – F-350 SRW | 18.1°/18.8° | 18.2°/19.5° | 18.8°/19.3° | 18.8°/19.3° | 19.0°/20.0° |
| L. Angle of approach – F-350 DRW | 18.2°/19.2° | – | 19.0°/20.6° | – | 19.1°/20.3° |
| L. Angle of approach – F-450 DRW | – | – | – | – | 19.8° |

| Interior | Regular Cab LWB | SuperCab SWB | LWB | Crew Cab SWB | LWB |
|---|---|---|---|---|---|
| Front head room | 40.7" | 40.7" | 40.7" | 40.7" | 40.7" |
| Front shoulder room | 68.0" | 68.0" | 68.0" | 68.0" | 68.0" |
| Front hip room | 67.6" | 67.6" | 67.6" | 67.6" | 67.6" |
| Front leg room | 41.1" | 41.1" | 41.1" | 41.1" | 41.1" |
| Rear head room | – | 38.1" | 38.1" | 40.8" | 40.8" |
| Rear shoulder room | – | 68.1" | 68.1" | 68.0" | 68.0" |
| Rear hip room | – | 67.3" | 67.3" | 67.6" | 67.6" |
| Rear leg room | – | 31.6" | 31.6" | 42.1" | 42.1" |

| Cargo Box | | | | | |
|---|---|---|---|---|---|
| Volume (cu. ft.) | 77.3 | 64.1 | 77.3 | 64.1 | 77.3 |
| M. Length at floor | 98.0" | 81.8" | 98.0" | 81.8" | 98.0" |
| N. Width at wheelhouse | 50.9" | 50.9" | 50.9" | 50.9" | 50.9" |
| O. Width at floor (maximum) | 69.3" | 69.3" | 69.3" | 69.3" | 69.3" |

SRW = single rear wheel   DRW = dual rear wheel
SWB = short wheelbase (6¾' cargo box)   LWB = long wheelbase (8' cargo box)



| | Regular Cab | SuperCab | Crew Cab | 6¾' Box Size | 8' Box Size | 40/20/40 split front seat | 40/mini-console/40 front bucket seats | 40/console/40 front bucket seats |
|---|---|---|---|---|---|---|---|---|
| XL | □ | □ | □ | □ | □ | ■ | □ | |
| XLT | □ | □ | □ | □ | □ | ■ | | □ |
| LARIAT | | □ | □ | □ | □ | □ | | ■ |
| KING RANCH | | ■ | □ | □ | | | | ■ |
| PLATINUM | | ■ | □ | □ | | | | ■ |

■ Standard   □ Optional

### INTERIOR STORAGE (cu. ft.)

Front 40/20/40 split seat center under-seat lockable storage – 0.36
Front flow-through center console main bin – 1.23
Rear Crew Cab 60/40 split bench under-seat lockable storage – 1.17

Information Provided by: 

'14 SUPER DUTY

ford.com

## TECHNICAL SPECIFICATIONS

### MAXIMUM PAYLOAD WEIGHT RATINGS (lbs.)

| | Max. GVWR | Regular Cab 137.0" WB | SuperCab 141.8" WB | SuperCab 158.0" WB | Crew Cab 156.2" WB | Crew Cab 172.4" WB |
|---|---|---|---|---|---|---|
| **F-250 SRW 4x2** | 9,900 | 4,130 | 3,760 | 3,660 | 3,540 | 3,440 |
| | 10,000 | 4,240 | 3,860 | 3,760 | 3,640 | 3,540 |
| **F-250 SRW 4x4** | 9,900 | 3,630 | 3,350 | 3,250 | 3,150 | 3,040 |
| | 10,000 | 3,780 | 3,450 | 3,350 | 3,250 | 3,140 |
| **F-350 SRW 4x2** | 10,000 | 4,080 | 3,790 | 3,720 | 3,600 | 3,470 |
| | 10,200 | — | — | 3,920 | 3,800 | — |
| | 10,500 | 4,540 | 4,250 | — | — | 3,970 |
| | 10,700 | — | 3,810 | — | 4,260 | — |
| | 10,800 | — | — | 3,780 | 3,740 | — |
| | 10,900 | — | — | 4,580 | — | — |
| | 11,000 | 4,390 | 4,070 | — | — | 4,430 |
| | 11,100 | — | — | — | — | 3,870 |
| | 11,400 | — | — | 4,330 | 4,300 | 4,120 |
| | 11,500 | — | — | 4,430 | — | 4,220 |
| **F-350 SRW 4x4** | 10,000 | 3,660 | 3,400 | 3,310 | 3,210 | 3,100 |
| | 10,400 | 4,060 | — | — | — | — |
| | 10,500 | 4,110 | 3,900 | — | — | — |
| | 10,600 | — | 3,950 | — | 3,810 | — |
| | 10,700 | — | — | 4,010 | — | — |
| | 10,800 | 3,810 | — | 4,070 | 3,970 | 3,900 |
| | 11,000 | 3,970 | — | 4,240 | — | 4,060 |
| | 11,100 | 4,680 | 4,420 | — | — | — |
| | 11,200 | — | 3,910 | 3,770 | 3,750 | 4,220 |
| | 11,300 | 4,930 | — | 3,830 | 4,440 | 3,610 |
| | 11,400 | 4,330 | 4,080 | 3,900 | 3,870 | 3,680 |
| | 11,500 | 4,430 | 4,180 | 4,000 | 3,970 | 3,780 |
| **F-350 DRW 4x2** | 13,500 | 7,260 | — | — | — | — |
| | 13,900 | — | — | 7,210 | — | — |
| | 14,000 | 7,060 | — | 6,560 | — | 7,080 |
| **F-350 DRW 4x4** | 13,800 | 7,090 | — | — | — | — |
| | 14,000 | 6,640 | — | 6,890 | — | 6,670 |
| **F-450 DRW 4x4** | 14,000 | — | — | — | — | 5,880 |

WB = wheelbase

### CONVENTIONAL TOWING — MAXIMUM LOADED TRAILER WEIGHT RATINGS (lbs.)

| Engine | Axle Ratio | GCWR | Regular Cab F-250 SRW 4x2 | Regular Cab F-350 SRW 4x2 | Regular Cab F-350 DRW 4x2 | Regular Cab F-250 SRW 4x4 | Regular Cab F-350 SRW 4x4 | Regular Cab F-350 DRW 4x4 | SuperCab F-250 SRW 4x2 | SuperCab F-350 SRW 4x2 | SuperCab F-350 DRW 4x2 | SuperCab F-250 SRW 4x4 | SuperCab F-350 SRW 4x4 | SuperCab F-350 DRW 4x4 | Crew Cab F-350 SRW 4x2 | Crew Cab F-350 DRW 4x2 | Crew Cab F-250 SRW 4x4 | Crew Cab F-350 SRW 4x4 | Crew Cab F-350 DRW 4x4 | Crew Cab F-450 DRW 4x4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.2L 2-valve FFV | 3.73 | 19,000 | 12,500 | 12,500 | — | 12,500 | 12,500 | — | 12,500 | 12,500 | — | 12,400 | 12,300 | — | 12,500 | — | 12,200 | 12,100 | — | — |
| | 3.73 | 19,500 | — | — | 13,100 | — | — | 12,700 | — | — | 12,700 | — | — | 12,300 | — | 12,500 | — | — | 12,100 | — |
| | 4.30 | 22,000 | 12,500 | 12,500 | — | 12,500 | 12,500 | — | 12,500 | 12,500 | — | 12,500 | 12,500 | — | 12,500 | — | 12,500 | 12,500 | — | — |
| | 4.30 | 22,500 | — | — | 15,000 | — | — | 15,000 | — | — | 15,000 | — | — | 15,000 | — | 15,000 | — | — | 15,000 | — |
| 6.7L V8 Turbo Diesel | 3.31 | 23,500 | 12,500 | 12,500 | — | 12,500 | 12,500 | — | 14,000 | 14,000 | — | 14,000 | 14,000 | — | 14,000 | — | 14,000 | 14,000 | — | — |
| | 3.55 | 23,500 | 12,500 | 12,500 | — | 12,500 | 12,500 | — | 14,000 | 14,000 | — | 14,000 | 14,000 | — | 14,000 | — | 14,000 | 14,000 | — | — |
| | 3.73 | 30,500 | — | — | 15,000 | — | — | 15,000 | — | — | 15,000 | — | — | 15,000 | — | 18,500 | — | — | 18,500 | — |
| | 4.30 | 33,000 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 18,500 |

### 5TH-WHEEL TOWING — MAXIMUM LOADED TRAILER WEIGHT RATINGS (lbs.)

| Engine | Axle Ratio | GCWR | Regular Cab F-250 SRW 4x2 | Regular Cab F-350 SRW 4x2 | Regular Cab F-350 DRW 4x2 | Regular Cab F-250 SRW 4x4 | Regular Cab F-350 SRW 4x4 | Regular Cab F-350 DRW 4x4 | SuperCab F-250 SRW 4x2 | SuperCab F-350 SRW 4x2 | SuperCab F-350 DRW 4x2 | SuperCab F-250 SRW 4x4 | SuperCab F-350 SRW 4x4 | SuperCab F-350 DRW 4x4 | Crew Cab F-350 SRW 4x2 | Crew Cab F-350 DRW 4x2 | Crew Cab F-250 SRW 4x4 | Crew Cab F-350 SRW 4x4 | Crew Cab F-350 DRW 4x4 | Crew Cab F-450 DRW 4x4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.2L 2-valve FFV | 3.73 | 19,000 | 12,900 | 12,900 | — | 12,500 | 12,500 | — | 12,700 | 12,600 | — | 12,300 | 12,200 | — | 12,400 | — | 12,100 | 12,000 | — | — |
| | 3.73 | 19,500 | — | — | 13,000 | — | — | 12,600 | — | — | 12,600 | — | — | 12,200 | — | 12,400 | — | — | 12,000 | — |
| | 4.30 | 22,000 | 15,900 | 15,900 | — | 15,500 | 15,500 | — | 15,700 | 15,600 | — | 15,300 | 15,200 | — | 15,400 | — | 15,100 | 15,000 | — | — |
| | 4.30 | 22,500 | — | — | 16,000 | — | — | 15,600 | — | — | 15,600 | — | — | 15,200 | — | 15,400 | — | — | 15,000 | — |
| 6.7L V8 Turbo Diesel | 3.31 | 23,500 | 16,800 | 16,700 | — | 16,400 | 16,300 | — | 16,500 | 16,400 | — | 16,100 | 16,100 | — | 16,300 | — | 15,900 | 15,900 | — | — |
| | 3.55 | 23,500 | 16,800 | 16,700 | — | 16,400 | 16,300 | — | 16,500 | 16,400 | — | 16,100 | 16,100 | — | 16,300 | — | 15,900 | 15,900 | — | — |
| | 3.73 | 30,500 | — | — | 23,200 | — | — | 22,900 | — | — | 22,800 | — | — | 22,400 | — | 22,600 | — | — | 22,200 | — |
| | 4.30 | 33,000 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 24,700 |


Information Provided by:
DEALER PROCESS





QUALITY | GREEN

SAFE | SMART

ford.com

**New Vehicle Limited Warranty.** We want your Ford F-Series Super Duty® ownership experience to be the best it can be. Under this warranty, your new vehicle comes with 3-year/36,000-mile bumper-to-bumper coverage, 5-year/60,000-mile Powertrain Warranty coverage, 5-year/60,000-mile safety restraint coverage, and 5-year/unlimited-mile corrosion (perforation) coverage – all with no deductible. The Ford 6.7L Power Stroke® diesel engine gets 5-year/100,000-mile warranty coverage. Please ask your Ford Dealer for a copy of this limited warranty. ⬥ **Roadside Assistance.** Covers your vehicle for 5 years or 60,000 miles, so you have the security of knowing that help may be only a phone call away should you run out of fuel, lock yourself out of the vehicle or need towing. Your Ford Dealer can provide complete details on all of these advantages. ⬥ **Ford Credit.** Get the ride you want. Whether you plan to lease or finance, you'll find the choices that are right for you at Ford Credit. Ask your Ford Dealer for details or check us out at fordcredit.com. ⬥ **Ford Extended Service Plan.** For a purchase or lease, the Ford Extended Service Plan (ESP) gives you "Peace-of-Mind" protection designed to cover key vehicle components and protect you from the cost of unexpected repairs. Ask your dealer for a Ford ESP, the only service contract backed exclusively by Ford and honored at all Ford Lincoln dealerships. ⬥ **Insurance Services.** Get Ford Motor Company quality in your auto insurance. Our program offers industry-leading benefits and competitive rates. Call 1-877-367-3847, or visit us at fordvip.com for a no-obligation quote. Insurance offered by American Road Services Company (in CA, American Road Insurance Agency), a licensed agency and subsidiary of Ford Motor Company. ⬥ **Genuine Ford Accessories** will be warranted for whichever provides you the greatest benefit: 12 months or 12,000 miles (whichever occurs first), or the remainder of your Bumper-to-Bumper 3-year/36,000-mile New Vehicle Limited Warranty. Ford Licensed Accessories (FLA) are warranted by the accessory manufacturer's warranty. FLA are fully designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Ford Dealer for details and/or a copy of all limited warranties.

Comparisons based on 2013/2014 competitive models (class is Full-Size Pickups over 8,500 lbs. GVWR), publicly available information and Ford certification data at time of release. Some features discussed may be optional. Vehicles throughout this PDF are shown with optional and aftermarket equipment. Features shown may be offered only in combination with other options or subject to additional ordering requirements or limitations. Dimensions and capacity ratings shown may vary due to optional features and/or production variability. Following release of the PDF, certain changes in standard equipment, options and the like, or product delays may have occurred which would not be included in these pages. Your Ford Dealer is the best source for up-to-date information. Ford Division reserves the right to change product specifications at any time without incurring obligations. Body manufacturers are responsible for compliance certification of the completed vehicle. The Ford New Vehicle Limited Warranty and any government certification made by Ford shall cover only the vehicle as manufactured by Ford and shall not extend to any addition, modification or change of or to the vehicle by the Ford Authorized Pool Account. ⬥ HD Radio is a proprietary trademark of iBiquity Digital Corp. ⬥ iPod is a trademark of Apple Inc., registered in the U.S. and other countries. ⬥ King Ranch is a registered trademark of King Ranch, Inc. ⬥ Master Lock is a registered trademark of Master Lock Company LLC. ⬥ Microsoft is a registered trademark of Microsoft Corporation. ⬥ Rancho is a registered trademark of Tenneco Automotive Operating Company Inc. ⬥ SiriusXM Satellite Radio, SiriusXM Traffic and Travel Link subscriptions sold separately or as a package after trial period. See SiriusXM Customer Agreement for complete terms at siriusxm.com. Fees and programming subject to change. Sirius satellite service is available only to those at least 18 years of age in the 48 contiguous USA, DC, and Puerto Rico (with coverage limitations). Sirius, XM and all related marks and logos are trademarks of Sirius XM Radio Inc. ⬥ Sony is a registered trademark of the Sony Corporation. ⬥ The Bluetooth word mark is a trademark of the Bluetooth SIG, Inc.

**Follow Ford:**  facebook.com/fordtrucks   twitter.com/fordtrucks    youtube.com/fordtrucks    gplus.to/FordMotorCompany

©2013 Ford Motor Company  14FSDWEBPDF

 Information Provided by: DEALER

**14SUPER DUTY**
ford.com

 BUILT Ford TOUGH