IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARR DISTRIBUTING COMPANY, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:20-cv-89-RAH-KFP<br>) |
| FORD MOTOR COMPANY, | )<br>) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Stipulation of Dismissal between Plaintiffs Scott Smith and Jere C. Trent and Defendant Ford Motor Company, (Doc. 15), filed on February 26, 2021, for good cause shown, all claims asserted by Scott Smith and Jere C. Trent are hereby dismissed with prejudice on the terms set out and agreed to by the parties. The other Plaintiffs' claims against Ford Motor Company shall remain pending.

DONE and ORDERED, this 1st day of March, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE