IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARR DISTRIBUTING COMPANY, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-89-RAH-KFP |
| FORD MOTOR COMPANY, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. 27), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE on this the 16th day of November, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE